RECEIVED IN THE CHAMBERS OF
PETER J. MESSITTE

DEC 28 2021

UNITED STATES DISTRICT JUDGE

# SHARPLESS | McCLEARN | LESTER | DUFFY, PA

GAIL M. SPENCE
Legal Assistant
Direct Dial: 336.333.6414
gspence@sharplesslaw.com

December 22, 2021

____ FILED ____ ENTERED
____ LOGGED ____ RECEIVED

DEC 23 2021

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____ DEPUTY

**Via Federal Express**
Clerk of Court
United States District Court
District of Maryland
6500 Cherrywood Lane
Greenbelt, MD  20770

    Re:    Vincent P. Mona v David F. McKay; 8:21-cv-01017; Subpoena to Dixon Hughes Goodman LLP; Our File 7319.095

To Whom It May Concern:

    I enclose for filing an original and two copies of the ***Response to Motion to Compel, Motion to Quash Subpoena and to Sustain Objections to Same***; and ***Dixon Hughes Goodman, LLP and Dixon Hughes Goodman Corporate Finance, LLC's Memorandum in Opposition to Plaintiff's Motion to Compel and Motion for Costs, and in Support of Its Motion to Quash*** in the above-referenced matter. Please file the original in the appropriate Court file and return a file-stamped copy to me in the enclosed self-addressed, postage prepaid envelope.  By copy of this letter, I am serving all counsel of record.

    Thank you for your assistance in this matter.

Sincerely yours,

Gail M. Spence

Gms
Enclosure(s)
cc:    Mr. Dennis Whitley, III
        Mr. Timothy R. Dudderar
        Mr. Paul J. Maloney
        Mr. Adam S. Taylor
        Mr. Aaron R. Sims
        Mr. Clark W. Hedger