UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND 20770  
301-344-0632

MEMORANDUM

TO:      Counsel of Record

FROM:      Christina Longo, Law Clerk

RE:      Mona v. McKay  
Civil No. 21-1017 PJM

DATE:      August 23, 2023

\* \* \*

Dear Counsel:

Judge Messitte has asked me to advise you as follows:

A teleconference has been set for August 31, 2023, at 11:00 a.m. to address the issues raised in ECF filings 97-99, 102, and 105-107.

The Judge has also asked me to advise that he is fully prepared to impose sanctions as may be appropriate.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

Regards,  
Christina Longo

cc:      Court File