# EXHIBIT 38

*Email from Pat Kriegshauser to Dave McKay and Clay Scharff RE: WIP Examples, dated Dec. 31, 2019*

*MONA02322701-MONA02322702*

Message
---

| | |
|---|---|
| **From**: | patk@sachsco.com [patk@sachsco.com] |
| **Sent**: | 12/31/2019 1:00:06 PM |
| **To**: | dave.mckay@getmona.com; CScharff@sachsco.com |
| **Subject**: | WIP Examples |
| **Attachments**: | WIP Schedule - Examples for Cap.xlsx |

Dave and Clay,

Attached are the 4 examples of possible adjustments at true-up I plan to review with Cap. Dave, I added a $1MM CO with a 1% increase in GP.

Pat

This e-mail transmission, and any of its attachments, may contain information that is confidential and may be privileged. This e-mail is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited and may be unlawful. If you have received this communication in error, please reply to the sender immediately by reply e-mail and/or by telephone, informing the sender that the message was misdirected. After replying, please erase it from your computer system. Thank you.

**Mona Group**
**Schedule of Contracts-Contract**

<span style="color:red">From Contract Inception to Closing Date - Cost of Contract Revenues will be trued-up</span>

| Job # | Contract | Estimated Contract Revenues | Estimated Costs of Contract Revenues | Estimated Gross Profit | GP | % of Comp | Contract Revenues | Cost of Contract Revenues | Gross Profit |
|---|---|---|---|---|---|---|---|---|---|
| CONS9158  9158 | NIST | 20,477,849 | 16,130,339 | 4,347,510 | 21.23% | 82.00% | 16,792,175 | 13,227,145 | 3,565,030 |
| TRUE-UP | | 20,477,849 | 15,925,623 | 4,552,226 | 22.23% | 83.06% | 17,008,030 | 13,227,145 | 3,780,885 |
| <span style="color:red">GROSS PROFIT INCREASES BY 1%</span> | | | | 204,716 | 1.00% | | 215,855 | - | 215,855 |
| | | | There would be additional Gross Profit recorded as of Closing of $215,855 | | | | | | |
| | | | | | | | | | |
| ARCHKEY WOULD REALIZE THE BALANCE OF CONTRACT | | | | | 22.23% | | 3,469,819 | 2,698,478 | 771,341 |
| TOTALS | | 20,477,849 | 15,925,623 | 4,552,226 | - | | 20,477,849 | 15,925,623 | 4,552,226 |
| | | | | | | | | | |
| CONS9188  9188 | CAPITAL ONE | 26,103,958 | 22,970,302 | 3,133,656 | 12.00% | 53.91% | 14,071,448 | 12,382,238 | 1,689,210 |
| TRUE-UP | | 26,103,958 | 22,970,302 | 3,133,656 | 12.00% | 55.21% | 14,412,375 | 12,682,238 | 1,730,137 |
| <span style="color:red">COST INC BY $300,000 AT CLOSING DUE TO TRUING UP COST TO-DATE AS OF CLOSING - GP DOES NOT CHANGE</span> | | | | - | 0.00% | | 340,927 | 300,000 | 40,927 |
| | | | There would be additional Gross Profit recorded as of Closing of $40,927 | | | | | | |
| ARCHKEY WOULD REALIZE THE BALANCE OF CONTRACT | | | | | 12.00% | | 11,691,583 | 10,288,064 | 1,403,519 |
| TOTALS | | 26,103,958 | 22,970,302 | 3,133,656 | - | | 26,103,958 | 22,970,302 | 3,133,656 |
| | | | | | | | | | |
| CONS9232  9232 | GEORGETOWN | 6,349,867 | 5,707,259 | 642,608 | 10.12% | 37.02% | 2,350,996 | 2,113,075 | 237,921 |
| TRUE-UP | | 6,349,867 | 5,770,759 | 579,108 | 9.12% | 36.62% | 2,325,127 | 2,113,075 | 212,052 |
| <span style="color:red">GROSS PROFIT DECREASES BY 1%</span> | | | | (63,500) | -1.00% | | (25,869) | - | (25,869) |
| | | | There would be decrease in Gross Profit recorded as of Closing of $25,869 | | | | | | |
| ARCHKEY WOULD REALIZE THE BALANCE OF CONTRACT | | | | | 9.12% | | 4,024,740 | 3,657,684 | 367,056 |
| TOTALS | | 6,349,867 | 5,770,759 | 579,108 | - | | 6,349,867 | 5,770,759 | 579,108 |
| | | | ArchKey realizes Gross Profit of 9.12% on a contract at closing was anticipaed to earn a 10.12% Gross Profit | | | | | | |
| | | | | | | | | | |
| BALT16573  3ALT16573 | KIRK BUS PH 3 | 4,470,072 | 4,021,376 | 448,696 | 10.04% | 42.33% | 1,891,960 | 1,702,049 | 189,911 |
| <span style="color:red">TRUE-UP</span> | | 5,470,072 | 4,866,176 | 603,896 | 11.04% | 34.98% | 1,913,275 | 1,702,049 | 211,226 |
| <span style="color:red">CONTRACT VALUE INCREASES BY $1,000,000 AND GP INCREASES BY 1%.</span> | | 1,000,000 | 844,800 | 155,200 | | | 21,315 | - | 21,315 |
| | | | There would be increase in Gross Profit recorded as of Closing of $21,315 | | | | | | |
| ARCHKEY WOULD REALIZE THE BALANCE OF CONTRACT | | | | | 11.04% | | 3,556,797 | 3,164,127 | 392,670 |
| TOTALS | | 5,470,072 | 4,866,176 | 603,896 | - | | 5,470,072 | 4,866,176 | 603,896 |
| | | | ArchKey realizes a GP 0f 11.04% on a contract at closing ArchKey anticipaed to earn a 10.04% Gross Profit. | | | | | | |
| | | | | | TOTAL INCREASE IN GP AT TIME OF TRUE-UP FOR SELLER | | | $ 252,228 | |

CONFIDENTIAL   MONA02322702
11733210-1f83-4fbd-a611-a5f5e4c5c72f
1/3/2023 5:24 PM