| Doc. Id | Type | Attach. Count | Attach. IDs | Privilege | Document Description | Sent Date | Subject / Filename | From | To | CC | BCC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 75 | Email | 0 | | common interest;Work-Product | Privileged correspondence re McKay Answer (redacted). | 5/1/2021 1:39 PM | RE Mona Adjusted BS V4 and supporting schedules.msg | Maloney, Paul J. | Pat Kriegshauser <pat.kriegshauser@archkey.com> | | |
| 254 | Email | 0 | | common interest;Work-Product | Privileged correspondence re McKay Answer (redacted). | 5/1/2021 5:05 PM | RE Mona Adjusted BS V4 and supporting schedules.msg | Pat Kriegshauser <pat.kriegshauser@archkey.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | | |
| 34 | Email | 6 | 595;596; 598;600; 601;603 | common interest;Work-Product | Privileged correspondence re McKay Answer (redacted). | 5/1/2021 6:24 PM | Re Mona Adjusted BS V4 and supporting schedules.msg | Maloney, Paul J. | Pat Kriegshauser <pat.kriegshauser@archkey.com> | | |
| 520 | Email | 0 | | Attorney-Client;common interest;Work-Product | Privileged correspondence re McKay Answer (redacted). | 5/1/2021 6:50 PM | Re [EXTERNAL] Re Mona Adjusted BS V4 and supporting schedules.msg | Pat Kriegshauser <pat.kriegshauser@archkey.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | | |
| 504 | Email | 0 | | Attorney-Client;common interest;Work-Product | Privileged correspondence re Mona v. McKay litigation and insurance coverage. | 5/3/2021 4:58 PM | Rep & Warranty Policy.msg | Pat Kriegshauser <pat.kriegshauser@archkey.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | | |
| 192 | Email | 1 | 804 | Attorney-Client;common interest;Work-Product | Privileged correspondence re Mona v. McKay litigation, answer, and Delaware complaint. Also included is a privileged May 4, 2021 email from Paul Maloney to Pat Krieghauser re copy of Answer and May 5, 2021 reply. | 5/5/2021 8:57 AM | RE McKay Mona.msg | Pat Kriegshauser <pat.kriegshauser@archkey.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | | |
| 1077 | Email | 0 | | common interest;Work-Product | Privileged corr re providing pleadings to insurance claims adjuters. | 5/5/2021 10:39 AM | Mona vs McKay.msg | White, Christine <cwhite@sachsco.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | | |
| 1106 | Email | 0 | | common interest;Work-Product | Privileged corr re providing pleadings to insurance claim adjusters. | 5/5/2021 12:32 PM | RE Mona vs McKay.msg | Maloney, Paul J. <paul.maloney@carrmaloney.com> | White, Christine <cwhite@sachsco.com> | | |
| 1078 | Email | 0 | | common interest;Work-Product | Privileged corr re providing pleadings to insurance claim adjusters. | 5/5/2021 12:32 PM | RE Mona vs McKay.msg | Maloney, Paul J. | White, Christine <cwhite@sachsco.com> | | Green, Nonie O. <nonie.green@carrmaloney.com> |
| 1136 | Email | 0 | | common interest;Work-Product | Privileged corr re representation and request for corr through counsel; update on DE litigation. | 5/10/2021 4:24 PM | ArchKey - V. Cap Mona Served today in Delaware Chancery action under Stock Purchase Agreement.msg | Sharp, Melanie <msharp@ycst.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | | |
| 1046 | Email | 0 | | common interest;Work-Product | Privileged corr re request for stamped copy of DE complaint. | 5/11/2021 12:15 PM | RE_ ArchKey - V. _Cap_ Mona Served today in Delaware Chancery action under Stock Purchase Agreement [2686331].MSG;RE ArchKey - V. Cap Mona Served today in Delaware Chancery action under Stock Purchase Agreement.msg | Maloney, Paul J. <paul.maloney@carrmaloney.com> | Sharp, Melanie <msharp@ycst.com> | | |
| 1105 | Email | 0 | | common interest;Work-Product | Privileged corr re request for stamped copy of DE complaint. | 5/11/2021 12:15 PM | RE ArchKey - V. Cap Mona Served today in Delaware Chancery action under Stock Purchase Agreement.msg | Maloney, Paul J. | Sharp, Melanie <msharp@ycst.com> | | Green, Nonie O. <nonie.green@carrmaloney.com> |
| 1120 | Email | 0 | | common interest;Work-Product | Privileged corr re request for stamped copy of DE complaint and allegations therein. | 5/11/2021 12:40 PM | RE ArchKey - V. Cap Mona Served today in Delaware Chancery action under Stock Purchase Agreement.msg | Sharp, Melanie <msharp@ycst.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | Chacko, Anupa <AChacko@ycst.com> | |
| 1171 | Email | 1 | 1172 | common interest;Work-Product | Privileged corr re request for stamped copy of DE complaint. | 5/11/2021 1:08 PM | RE ArchKey - V. Cap Mona Served today in Delaware Chancery action under Stock Purchase Agreement.msg | Chacko, Anupa <AChacko@ycst.com> | Sharp, Melanie <msharp@ycst.com>;Maloney, Paul J. <paul.maloney@carrmaloney.com> | | |
| 1104 | Email | 0 | | common interest;Work-Product | Privileged corr re request for TC among counsel. | 5/13/2021 7:00 PM | ArchKeyMacKay -.msg | Sharp, Melanie <msharp@ycst.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | | |
| 1133 | Email | 1 | 1152 | common interest;Work-Product | Privileged corp re DE litigation deadlines and state court subpoena question. | 5/17/2021 5:48 PM | Re ArchKeyMacKay -.msg | Sharp, Melanie <msharp@ycst.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | | |
| 1097 | Email | 0 | | common interest;Work-Product | Privileged corr re response to discovery in light of removal to federal court. | 5/18/2021 8:27 AM | RE ArchKeyMacKay -.msg | Maloney, Paul J. <paul.maloney@carrmaloney.com> | Sharp, Melanie <msharp@ycst.com> | | |
| 1090 | Email | 0 | | common interest;Work-Product | Privileged corr re response to discovery in light of removal to federal court. | 5/18/2021 8:27 AM | RE ArchKeyMacKay -.msg | Maloney, Paul J. | Sharp, Melanie <msharp@ycst.com> | | Green, Nonie O. <nonie.green@carrmaloney.com> |
| 1117 | Email | 0 | | common interest;Work-Product | Privileged corr re response to discovery in light of removal to federal court. | 5/18/2021 8:47 AM | RE ArchKeyMacKay -.msg | Sharp, Melanie <msharp@ycst.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | | |
| 1121 | Email | 1 | 1139 | common interest;Work-Product | Privileged corr transmitting Mot to Stay filed in MD. Filing attached. | 5/21/2021 2:15 PM | McKayArchkey.msg | Green, Nonie O. <nonie.green@carrmaloney.com> | msharp@ycst.com | | |
| 1156 | Email | 1 | 1158 | common interest;Work-Product | Privileged corr re filing of Mot to Stay in MD. | 5/21/2021 2:15 PM | McKayArchkey.msg | Green, Nonie O. | msharp@ycst.com | | Green, Nonie O. <nonie.green@carrmaloney.com> |
| 1073 | Email | 0 | | common interest;Work-Product | Privileged corr re status update in DE litigation. | 5/25/2021 12:02 PM | RE ArchKeyMacKay -.msg | Sharp, Melanie <msharp@ycst.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | | |
| 1088 | Email | 2 | 1115;1116 | common interest;Work-Product | Privileged corr re Initial Reports filed in MD litigation. Filings attached. | 5/25/2021 3:41 PM | McKay Archkey.msg | Maloney, Paul J. <paul.maloney@carrmaloney.com> | msharp@ycst.com | | |
| 1089 | Email | 2 | 1111;1112 | common interest;Work-Product | Privileged corr re filing of Initial Reports in MD litigation. Filings attached. | 5/25/2021 3:41 PM | McKay Archkey.msg | Maloney, Paul J. | msharp@ycst.com | | Green, Nonie O. <nonie.green@carrmaloney.com> |
| 1103 | Email | 1 | 1114 | common interest;Work-Product | Privileged corr re filing of Opp to Mot to Stay in MD. | 6/3/2021 3:45 PM | McKayArchkey.msg | Maloney, Paul J. <paul.maloney@carrmaloney.com> | msharp@ycst.com | | |
| 1119 | Email | 1 | 1153 | common interest;Work-Product | Privileged corr re filing of Opp to Mot to Stay in MD. | 6/3/2021 3:45 PM | McKayArchkey.msg | Maloney, Paul J. | msharp@ycst.com | | Green, Nonie O. <nonie.green@carrmaloney.com> |
| 1079 | Email | 0 | | common interest;Work-Product | Privileged corr re filing of Opp to Mot to Stay in MD. | 6/3/2021 4:18 PM | RE McKayArchkey.msg | Sharp, Melanie <msharp@ycst.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | | |
| 1075 | Email | 0 | | common interest;Work-Product | Privileged corr re filing of Opp to Mot to Stay in MD. | 6/3/2021 4:22 PM | RE McKayArchkey.msg | Maloney, Paul J. | Sharp, Melanie <msharp@ycst.com> | | |
| 1082 | Email | 0 | | common interest;Work-Product | Privileged corr re extension of Answer due date in DE. | 6/3/2021 4:34 PM | RE McKayArchkey.msg | Sharp, Melanie <msharp@ycst.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | | |
| 1084 | Email | 0 | | common interest;Work-Product | Privileged corr requesting copy of Mot to Stay filed in MD. | 6/3/2021 5:17 PM | Mona v. McKay C.A. No. PJM-21-01017 - McKay Motion to Stay.msg | Chacko, Anupa <AChacko@ycst.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | Sharp, Melanie <msharp@ycst.com> | |
| 1155 | Email | 1 | 1157 | common interest;Work-Product | Privileged corr transmitting MD Mot to Stay. | 6/4/2021 8:56 AM | McKay Mona.msg | Green, Nonie O. <nonie.green@carrmaloney.com> | AChacko@ycst.com | Maloney, Paul J. <paul.maloney@carrmaloney.com> | |
| 1099 | Email | 1 | 1110 | common interest;Work-Product | Privileged corr transmitting Mot to Stay filed in MD. Filing attached. | 6/4/2021 8:56 AM | McKay Mona.msg | Green, Nonie O. | AChacko@ycst.com | Maloney, Paul J. <paul.maloney@carrmaloney.com> | Green, Nonie O. <nonie.green@carrmaloney.com> |
| 1083 | Email | 0 | | common interest;Work-Product | Privileged corr acknowledging receipt of MD Mot to Stay. | 6/4/2021 10:13 AM | RE McKay Mona.msg | Chacko, Anupa <AChacko@ycst.com> | Green, Nonie O. <nonie.green@carrmaloney.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | |
| 1033 | Email | 0 | | common interest;Work-Product | Transmission of Motion to Stay Proceedings filed in Maryland. Acknowledgement of receipt. | 6/4/2021 10:18 AM | RE McKay Mona.msg;RE_ McKay _ Mona [2707582].MSG | Green, Nonie O. <nonie.green@carrmaloney.com> | Chacko, Anupa <AChacko@ycst.com> | | |
| 1072 | Email | 0 | | common interest;Work-Product | Privileged corr transmitting MD Mot to Stay. | 6/4/2021 10:18 AM | RE McKay Mona.msg | Green, Nonie O. | Chacko, Anupa <AChacko@ycst.com> | | Green, Nonie O. <nonie.green@carrmaloney.com> |
| 1129 | Email | 1 | 1151 | common interest;Work-Product | Privileged corr transmitting Reply to Pl's Opp to Mot to Stay in MD litigation. | 6/15/2021 10:23 AM | McKayMona.msg | Maloney, Paul J. <paul.maloney@carrmaloney.com> | msharp@ycst.com | Green, Nonie O. <nonie.green@carrmaloney.com> | |
| 1126 | Email | 1 | 1142 | common interest;Work-Product | Privileged corr transmitting Reply in Support of Mot to Stay. Filing attached. | 6/15/2021 10:23 AM | McKayMona.msg | Maloney, Paul J. | msharp@ycst.com | Green, Nonie O. <nonie.green@carrmaloney.com> | |

| # | Type | | | Category | Description | Date | Subject/Filename | From | To | CC |
|---|---|---|---|---|---|---|---|---|---|---|
| 1096 | Email | 0 | | common interest;Work-Product | Privileged corr acknowledging receipt of Reply in support of Mot to Stay. | 6/15/2021 10:46 AM | RE McKayMona.msg | Sharp, Melanie <msharp@ycst.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | Green, Nonie O. <nonie.green@carrmaloney.com> |
| 1069 | Email | 0 | | common interest;Work-Product | Privileged corr re update on MD litigation and request for update on answer or counterclaim in DE. | 6/15/2021 12:41 PM | RE McKayMona.msg | Maloney, Paul J. <paul.maloney@carrmaloney.com> | Sharp, Melanie <msharp@ycst.com> | Green, Nonie O. <nonie.green@carrmaloney.com> |
| 1107 | Email | 0 | | common interest;Work-Product | Privileged corr re due date for answer or counterclaim in DE. | 6/15/2021 12:47 PM | RE McKayMona.msg | Sharp, Melanie <msharp@ycst.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | Green, Nonie O. <nonie.green@carrmaloney.com> |
| 1076 | Email | 0 | | common interest;Work-Product | Privileged corr re request for copy of answer or counterclaim in DE when filed. | 6/15/2021 1:04 PM | RE McKayMona.msg | Maloney, Paul J. | Sharp, Melanie <msharp@ycst.com> | |
| 1080 | Email | 0 | | common interest;Work-Product | Privileged corr re update on expected filing of answer or counterclaim in DE. | 6/15/2021 1:25 PM | RE McKayMona.msg | Sharp, Melanie <msharp@ycst.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | Chacko, Anupa <AChacko@ycst.com>;Green, Nonie O. <nonie.green@carrmaloney.com> |
| 1095 | Email | 0 | | common interest;Work-Product | Privileged corr re update on DE litigation and expected schedule. | 6/15/2021 1:38 PM | RE McKayMona.msg | Maloney, Paul J. <paul.maloney@carrmaloney.com> | Sharp, Melanie <msharp@ycst.com> | Chacko, Anupa <AChacko@ycst.com>;Green, Nonie O. <nonie.green@carrmaloney.com> |
| 1100 | Email | 0 | | common interest;Work-Product | Privileged corr responding to expected schedule in DE litigation. | 6/15/2021 1:45 PM | RE McKayMona.msg | Sharp, Melanie <msharp@ycst.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | Chacko, Anupa <AChacko@ycst.com>;Green, Nonie O. <nonie.green@carrmaloney.com> |
| 1037 | Email | 0 | | common interest;Work-Product | Privileged question to DE counsel re DE filing and copy of same. | 6/21/2021 10:45 AM | RE McKayMona.msg;RE_McKay_Mona [2720093].MSG | Maloney, Paul J. <paul.maloney@carrmaloney.com> | Sharp, Melanie <msharp@ycst.com> | Chacko, Anupa <AChacko@ycst.com>;Green, Nonie O. <nonie.green@carrmaloney.com> |
| 1138 | Email | 0 | | common interest;Work-Product | Privileged corr re request for copy of answer or counterclaim in DE. | 6/21/2021 10:45 AM | RE McKayMona.msg | Maloney, Paul J. | Sharp, Melanie <msharp@ycst.com> | Chacko, Anupa <AChacko@ycst.com>;Green, Nonie O. <nonie.green@carrmaloney.com> |
| 1173 | Email | 4 | 1174;1175;1176;1177 | common interest;Work-Product | Privileged corr transmitting DE answer and counterclaim. Filings attached. | 6/21/2021 11:13 AM | FW ArchKey Intermediate Holdings Inc. v. Vincent P. Mona, C.A. No. 2021-0383-JTL.msg | Sharp, Melanie <msharp@ycst.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | Chacko, Anupa <AChacko@ycst.com> |
| 1092 | Email | 0 | | common interest;Work-Product | Privileged corr requesting copy of response to Mot to Stay in MD. | 6/30/2021 5:50 PM | FW Mona v. McKay 21-cv-01017 (Docket Track) shared by ANUPA SMIT.msg | Sharp, Melanie <msharp@ycst.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | |
| 1130 | Email | 0 | | common interest;Work-Product | Privileged corr requesting copy of Opp to Mot to Stay filed in MD. | 6/30/2021 5:51 PM | FW Mona v. McKay 21-cv-01017 (Docket Track) shared by ANUPA SMIT.msg | Sharp, Melanie <msharp@ycst.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | |
| 1164 | Email | 2 | 1166;1167 | common interest;Work-Product | Privileged corr transmitting Supp to Mot to Stay filed in MD. Filing attached. Request for DE litigation filings. | 7/1/2021 9:33 AM | McKay Mona.msg | Maloney, Paul J. <paul.maloney@carrmaloney.com> | msharp@ycst.com | |
| 1168 | Email | 2 | 1169;1170 | common interest;Work-Product | Privileged corr transmitting filings related to motion to stay filed in MD. Filings attached. | 7/1/2021 9:33 AM | McKay Mona.msg | Maloney, Paul J. | msharp@ycst.com | Green, Nonie O. <nonie.green@carrmaloney.com> |
| 1081 | Email | 0 | | common interest;Work-Product | Privileged corr re deadline to respond to counterclaim in DE. | 7/1/2021 9:48 AM | RE McKay Mona.msg | Sharp, Melanie <msharp@ycst.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | |
| 1094 | Email | 0 | | common interest;Work-Product | Privileged corr re insurance coverage for payment of legal fees in MD litigation. | 7/21/2021 9:34 AM | RE McKay Mona.msg | Maloney, Paul J. | Sharp, Melanie <msharp@ycst.com> | |
| 447 | Email | 0 | | common interest;Work-Product | Privileged correspondence re Mona v. McKay litigation, insurance coverage, and indemnity. | 7/26/2021 5:26 PM | ArchKeyMonaMcCay.msg | Clark Hedger <ch1@greensfelder.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | Sharp, Melanie <msharp@ycst.com> |
| 411 | Email | 1 | 842 | common interest;Work-Product | Privileged correspondence re Mona v. McKay litigation, insurance coverage, and indemnity. | 7/26/2021 5:35 PM | Re ArchKeyMonaMcCay.msg | Maloney, Paul J. | Clark Hedger <ch1@greensfelder.com> | Sharp, Melanie <msharp@ycst.com> |
| 1163 | Email | 1 | 1165 | common interest;Work-Product | Privileged corr re discussion among counsel of allegations made against McKay in DE counterclaim. | 7/28/2021 2:26 PM | MCKAY Highlight CC 0006 ArchKey 20210618 Mona Answer to Complaint and Counterclaims.pdf - Joint Defense Privilege.msg | Sharp, Melanie <msharp@ycst.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | |
| 1124 | Email | 0 | | common interest;Work-Product | Privileged corr requesting copy of counterclaim filed in DE. | 7/28/2021 2:42 PM | RE MCKAY Highlight CC 0006 ArchKey 20210618 Mona Answer to Complaint and Counterclaims.pdf - Joint Defense Privilege.msg | Maloney, Paul J. | Sharp, Melanie <msharp@ycst.com> | |
| 1128 | Email | 0 | | common interest;Work-Product | Privileged corr re allegations made against McKay in DE counterclaim. | 7/28/2021 3:01 PM | RE MCKAY Highlight CC 0006 ArchKey 20210618 Mona Answer to Complaint and Counterclaims.pdf - Joint Defense Privilege.msg | Sharp, Melanie <msharp@ycst.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | |
| 1109 | Email | 0 | | common interest;Work-Product | Privileged corr re discussion among counsel of allegations made against McKay in DE counterclaim. | 7/28/2021 5:22 PM | RE MCKAY Highlight CC 0006 ArchKey 20210618 Mona Answer to Complaint and Counterclaims.pdf - Joint Defense Privilege.msg | Maloney, Paul J. | Sharp, Melanie <msharp@ycst.com> | |
| 1093 | Email | 0 | | common interest;Work-Product | Privileged corr re discussion among counsel of allegations made against McKay in DE counterclaim. | 7/28/2021 5:37 PM | RE MCKAY Highlight CC 0006 ArchKey 20210618 Mona Answer to Complaint and Counterclaims.pdf - Joint Defense Privilege.msg | Sharp, Melanie <msharp@ycst.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | |
| 1108 | Email | 0 | | common interest;Work-Product | Privileged corr re discussion among counsel of allegations made against McKay in DE counterclaim. | 7/29/2021 8:07 AM | RE MCKAY Highlight CC 0006 ArchKey 20210618 Mona Answer to Complaint and Counterclaims.pdf - Joint Defense Privilege.msg | Sharp, Melanie <msharp@ycst.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | |
| 1131 | Email | 0 | | common interest;Work-Product | Privileged corr re discussion among counsel of allegations made against McKay in DE counterclaim. | 7/29/2021 9:37 AM | RE MCKAY Highlight CC 0006 ArchKey 20210618 Mona Answer to Complaint and Counterclaims.pdf - Joint Defense Privilege.msg | Maloney, Paul J. | Sharp, Melanie <msharp@ycst.com> | |
| 1085 | Email | 0 | | common interest;Work-Product | Privileged corr requesting copy of McKay's MD Answer. | 7/29/2021 10:03 AM | RE McKay Mona.msg | Chacko, Anupa <AChacko@ycst.com> | Green, Nonie O. <nonie.green@carrmaloney.com> | |
| 1125 | Email | 1 | 1145 | common interest;Work-Product | Privileged corr transmitting MD Answer. | 7/29/2021 10:14 AM | RE McKay Mona.msg | Green, Nonie O. <nonie.green@carrmaloney.com> | Chacko, Anupa <AChacko@ycst.com> | |
| 1135 | Email | 1 | 1149 | common interest;Work-Product | Privileged corr transmitting MD Answer. | 7/29/2021 10:14 AM | RE McKay Mona.msg | Green, Nonie O. | Chacko, Anupa <AChacko@ycst.com> | Green, Nonie O. <nonie.green@carrmaloney.com> |
| 1068 | Email | 0 | | common interest;Work-Product | Privileged corr acknowledging receipt of McKay MD Answer to Compl. | 7/29/2021 10:19 AM | RE McKay Mona.msg | Chacko, Anupa <AChacko@ycst.com> | Green, Nonie O. <nonie.green@carrmaloney.com> | |
| 1035 | Email | 0 | | common interest;Work-Product | Transmission of Motion to Stay Proceedings filed in Maryland. Acknowledgement of receipt. | 7/29/2021 10:22 AM | RE_McKay_Mona [2752497].MSG;RE McKay Mona.msg | Green, Nonie O. <nonie.green@carrmaloney.com> | Chacko, Anupa <AChacko@ycst.com> | |
| 1070 | Email | 0 | | common interest;Work-Product | Privileged corr transmitting MD Answer. | 7/29/2021 10:22 AM | RE McKay Mona.msg | Green, Nonie O. | Chacko, Anupa <AChacko@ycst.com> | Green, Nonie O. <nonie.green@carrmaloney.com> |
| 1042 | Email | 1 | 1044 | common interest;Work-Product | Privileged corr transmitting DE counterclaim allegations involving McKay. | 7/29/2021 10:22 AM | ArchKey - Delaware Chancery Counterclaim Allegations Involving D. McKay.msg;ArchKey - Delaware Chancery Counterclaim Allegations Involving D. McKay [2752533].MSG | Chacko, Anupa <AChacko@ycst.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com>;Green, Nonie O. <nonie.green@carrmaloney.com> | Sharp, Melanie <msharp@ycst.com> |
| 1101 | Email | 0 | | common interest;Work-Product | Privileged corr requesting TC among counsel. | 8/3/2021 1:22 PM | ArchKey Can you give me a call at 5 or later 3025842568.msg | Sharp, Melanie <msharp@ycst.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | |

| # | Type | | | Privilege | Description | Date | Subject | From | To | CC |
|---|---|---|---|---|---|---|---|---|---|---|
| 1098 | Email | 0 | | common interest;Work-Product | Privileged corr re no response on indemnity for McKay in MD litigation. | 8/3/2021 2:11 PM | RE ArchKey Can you give me a call at 5 or later 3025842568.msg | Maloney, Paul J. | Sharp, Melanie <msharp@ycst.com> | |
| 1102 | Email | 0 | | common interest;Work-Product | Privileged corr re expected response on indemnity / coverage request for McKay MD litigation costs, liability, and expenses. | 8/3/2021 2:35 PM | RE ArchKey Can you give me a call at 5 or later 3025842568.msg | Sharp, Melanie <msharp@ycst.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | |
| 1127 | Email | 0 | | common interest;Work-Product | Privileged corr re request for answer to counterclaim in DE litigation and lack of response on indemnity / coverage request for McKay MD litigation costs, liability, and expenses. | 8/10/2021 10:27 AM | RE ArchKey Can you give me a call at 5 or later 3025842568.msg | Maloney, Paul J. | Sharp, Melanie <msharp@ycst.com> | |
| 298 | Email | 0 | | common interest;Work-Product | Privileged correspondence re Mona v. McKay litigation, insurance coverage, and indemnity. | 8/10/2021 10:30 AM | RE ArchKeyMonaMcCay.msg | Maloney, Paul J. | Clark Hedger <ch1@greensfelder.com> | Green, Nonie O. <nog@carrmaloney.com> |
| 623 | Email | 0 | | common interest;Work-Product | Privileged correspondence re Mona v. McKay litigation, insurance coverage, and indemnity. | 8/10/2021 10:46 AM | RE ArchKeyMonaMcCay.msg | Clark Hedger <ch1@greensfelder.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | |
| 1122 | Email | 1 | 1150 | common interest;Work-Product | Privileged corr re copy of answer to counterclaim filed in DE litigation. | 8/10/2021 11:28 AM | Private Re ArchKey Can you give me a call at 5 or later 3025842568.msg | Sharp, Melanie <msharp@ycst.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | |
| 501 | Email | 0 | | common interest;Work-Product | Privileged correspondence re Mona v. McKay litigation, insurance coverage, and indemnity. | 8/10/2021 12:21 PM | RE ArchKeyMonaMcCay.msg | Maloney, Paul J. | Clark Hedger <ch1@greensfelder.com> | Green, Nonie O. <nog@carrmaloney.com> |
| 644 | Email | 0 | | Attorney-Client;common interest;Work-Product | Privileged correspondence re Mona v. McKay litigation, Delaware litigation, insurance coverage, and indemnity. | 8/11/2021 12:40 PM | FW ArchKeyMonaMcCay.msg | Maloney, Paul J. | Clark Hedger <ch1@greensfelder.com> | Green, Nonie O. <nonie.green@carrmaloney.com> |
| 287 | Email | 0 | | Attorney-Client;common interest;Work-Product | Privileged correspondence re Mona v. McKay litigation, Delaware litigation, insurance coverage, and indemnity. | 8/11/2021 12:42 PM | RE ArchKeyMonaMcCay.msg | Clark Hedger <ch1@greensfelder.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | |
| 285 | Email | 0 | | Attorney-Client;common interest;Work-Product | Privileged correspondence re Mona v. McKay litigation, Delaware litigation, insurance coverage, and indemnity. | 8/11/2021 12:48 PM | RE ArchKeyMonaMcCay.msg | Maloney, Paul J. | Clark Hedger <ch1@greensfelder.com> | Green, Nonie O. <nonie.green@carrmaloney.com> |
| 183 | Email | 0 | | Attorney-Client;common interest;Work-Product | Privileged correspondence re Mona v. McKay litigation, Delaware litigation, insurance coverage, and indemnity. | 8/11/2021 12:50 PM | RE ArchKeyMonaMcCay.msg | Clark Hedger <ch1@greensfelder.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | |
| 334 | Email | 1 | 727 | common interest;Work-Product | Privileged correspondence re Mona v. McKay litigation, Delaware litigation. | 8/11/2021 4:54 PM | ArchKey Answer Mona Counterclaims.msg | Clark Hedger <ch1@greensfelder.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | |
| 322 | Email | 0 | | common interest;Work-Product | Privileged correspondence re Mona v. McKay litigation, indemnification. | 8/13/2021 5:36 PM | RE ArchKey Answer Mona Counterclaims.msg | Maloney, Paul J. | Clark Hedger <ch1@greensfelder.com> | Green, Nonie O. <nog@carrmaloney.com> |
| 369 | Email | 0 | | common interest;Work-Product | Privileged correspondence re Mona v. McKay litigation, indemnification. | 8/30/2021 2:41 PM | RE ArchKey Answer Mona Counterclaims.msg | Maloney, Paul J. | Clark Hedger <ch1@greensfelder.com> | Green, Nonie O. <nonie.green@carrmaloney.com> |
| 409 | Email | 0 | | Attorney-Client;common interest;Work-Product | Privileged correspondence re Mona v. McKay litigation, indemnification. | 9/3/2021 3:33 PM | RE ArchKeyMonaMcCay.msg | Maloney, Paul J. | Clark Hedger <ch1@greensfelder.com> | Green, Nonie O. <nonie.green@carrmaloney.com> |
| 218 | Email | 0 | | Attorney-Client;common interest;Work-Product | Privileged correspondence re Mona v. McKay litigation, indemnification. | 9/3/2021 4:58 PM | RE ArchKeyMonaMcCay.msg | Clark Hedger <ch1@greensfelder.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | Jennifer Therrien <jlm@greensfelder.com> |
| 676 | Email | 0 | | Attorney-Client;common interest;Work-Product | Privileged correspondence re Mona v. McKay litigation, indemnification. | 9/3/2021 5:32 PM | RE ArchKeyMonaMcCay.msg | Maloney, Paul J. | Clark Hedger <ch1@greensfelder.com> | Jennifer Therrien <jlm@greensfelder.com> |
| 182 | Email | 0 | | Attorney-Client;common interest;Work-Product | Privileged correspondence re Mona v. McKay litigation, indemnification, insurance coverage. | 9/7/2021 4:53 PM | Response Re Indemnity.msg | Maloney, Paul J. | Clark Hedger <ch1@greensfelder.com> | Green, Nonie O. <nonie.green@carrmaloney.com> |
| 347 | Email | 0 | | Attorney-Client;common interest;Work-Product | Privileged correspondence re Mona v. McKay litigation and analysis. | 9/15/2021 4:59 PM | Case Valuation; Mona vs McKay.msg | White, Christine <cwhite@sachsco.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | Pat Kriegshauser <pat.kriegshauser@archkey.com> |
| 136 | Email | 0 | | Attorney-Client;common interest;Work-Product | Privileged correspondence re Mona v. McKay litigation and analysis. | 9/15/2021 5:16 PM | RE Case Valuation; Mona vs McKay.msg | Maloney, Paul J. | White, Christine <cwhite@sachsco.com> | Pat Kriegshauser <pat.kriegshauser@archkey.com> |
| 446 | Email | 0 | | Attorney-Client;common interest;Work-Product | Privileged correspondence re Mona v. McKay litigation and analysis. | 9/15/2021 5:28 PM | RE Case Valuation; Mona vs McKay.msg | White, Christine <cwhite@sachsco.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | Pat Kriegshauser <pat.kriegshauser@archkey.com> |
| 602 | Email | 0 | | Attorney-Client;common interest;Work-Product | Privileged correspondence re Mona v. McKay litigation and analysis. | 9/16/2021 8:01 AM | RE Case Valuation; Mona vs McKay.msg | White, Christine <cwhite@sachsco.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | Pat Kriegshauser <pat.kriegshauser@archkey.com> |
| 1087 | Email | 1 | 1113 | common interest;Work-Product | Privileged email and attached letter requesting insurance coverage and indemnity for any liability, costs, or expenses in MD litigation. | 9/17/2021 5:18 PM | Vincent P. Mona v. David F. McKay, Case No. CAL 21-03513; CM File No. 070.21DC003 & 7.msg | Byers, Angela N. <angela.byers@carrmaloney.com> | cwhite@sachsco.com | Maloney, Paul J. <paul.maloney@carrmaloney.com>;Green, Nonie O. <nonie.green@carrmaloney.com> |
| 1132 | Email | 3 | 1146;1147;1148 | common interest;Work-Product | Privileged corr re discovery in MD, indemnity request, and fees incurred to date. | 9/20/2021 4:18 PM | FW Mona v. McKay - Discovery Requests.msg | Maloney, Paul J. <paul.maloney@carrmaloney.com> | White, Christine <cwhite@sachsco.com>;Pat Kriegshauser <pat.kriegshauser@archkey.com> | Green, Nonie O. <nonie.green@carrmaloney.com>;Byers, Angela N. <angela.byers@carrmaloney.com> |
| 18 | Email | 3 | 771;772;774 | Attorney-Client;common interest;Work-Product | Privileged correspondence re Mona v. McKay litigation, discovery, and attorney's fees (redacted). 2021-09-20 discovery attached. | 9/20/2021 4:18 PM | FW Mona v. McKay - Discovery Requests.msg | Maloney, Paul J. | White, Christine <cwhite@sachsco.com>;Pat Kriegshauser <pat.kriegshauser@archkey.com> | Green, Nonie O. <nonie.green@carrmaloney.com>;Byers, Angela N. <angela.byers@carrmaloney.com> |
| 1091 | Email | 0 | | common interest;Work-Product | Out of office reply. | 9/20/2021 4:19 PM | Automatic reply Mona v. McKay - Discovery Requests.msg | White, Christine <cwhite@sachsco.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | |
| 926 | Email | 0 | | Attorney-Client;Work-Product | Privileged correspondence re Mona v. McKay litigation and insurance coverage / indemnity. | 9/22/2021 9:29 AM | [EXTERNAL] Maloney McKay Status.msg.eml | Clark Hedger <ch1@greensfelder.com> | Patrick A. Kriegshauser <pat.kriegshauser@archkey.com> | Jennifer Therrien <jlm@greensfelder.com> |
| 1048 | Email | 4 | 1049;1050;1051;1052 | common interest;Work-Product | Privileged corr transmitting DE filings. Attaching Mot for Judgment or to Compel Independent Accountant, Memo in Support, and Motion to Stay Discovery in DE. | 1/0/1900 12:00 AM | ArchKey v. Mona 2021-0383-JTL Del. Ch. Docket and Recent Filings.msg;ArchKey v. Mona 2021-0383-JTL_ Del. Ch. Docket and Recent Filings [2847040].MSG | Chacko, Anupa <AChacko@ycst.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | Green, Nonie O. <nonie.green@carrmaloney.com>;Sharp, Melanie <msharp@ycst.com> |
| 1040 | Email | 0 | | common interest;Work-Product | Privileged corr re DE briefing schedule. | 9/22/2021 5:23 PM | RE ArchKey v. Mona 2021-0383-JTL Del. Ch. Docket and Recent Filings.msg;RE_ ArchKey v. Mona 2021-0383-JTL_ Del. Ch. Docket and Recent Filings [2846324].MSG | Sharp, Melanie <msharp@ycst.com> | Chacko, Anupa <AChacko@ycst.com>;Maloney, Paul J. <paul.maloney@carrmaloney.com> | Green, Nonie O. <nonie.green@carrmaloney.com> |
| 1074 | Email | 0 | | common interest;Work-Product | Privileged corr re request for claim evaluation. | 9/24/2021 7:48 AM | RE Mona v. McKay - Discovery Requests.msg | White, Christine <cwhite@sachsco.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | Kriegshauser, Pat <patk@sachsco.com> |
| 1071 | Email | 0 | | common interest;Work-Product | Privileged corr re request for claim valuation. | 9/24/2021 7:49 AM | RE Mona v. McKay - Discovery Requests.msg | White, Christine <cwhite@sachsco.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | |
| 1053 | Email | 4 | 1054;1055;1056;1057 | common interest;Work-Product | Privileged corr re status of MD litigation. Attaching recent filings. | 9/24/2021 9:46 AM | RE Mona v. McKay - Discovery Requests.msg;RE_ Mona v. McKay - Discovery Requests [2848069].MSG | Maloney, Paul J. <paul.maloney@carrmaloney.com> | White, Christine <cwhite@sachsco.com> | Kriegshauser, Pat <patk@sachsco.com>;Green, Nonie O. <nonie.green@carrmaloney.com> |

| # | Type | | | Privilege | Description | Date | Subject | From | To | CC |
|---|---|---|---|---|---|---|---|---|---|---|
| 1154 | Email | 4 | 1159;11 60;1161; 1162 | common interest;Work-Product | Privileged corr re status of MD litigation. Filings attached. | 9/24/2021 9:46 AM | RE Mona v. McKay - Discovery Requests.msg | Maloney, Paul J. | White, Christine <cwhite@sachsco.com> | Kriegshauser, Pat <patk@sachsco.com>;Green, Nonie O. <nonie.green@carrmaloney.com> |
| 619 | Email | 0 | | Attorney-Client;common interest;Work-Product | Privileged correspondence re Mona v. McKay litigation, discovery, attorney's fees. | 9/27/2021 3:39 PM | McKay case.msg | Maloney, Paul J. | ch1@greensfelder.com | Green, Nonie O. <nonie.green@carrmaloney.com> |
| 173 | Email | 0 | | Attorney-Client;common interest;Work-Product | Privileged correspondence re Mona v. McKay litigation, attorney's fees. | 9/27/2021 3:41 PM | RE McKay case.msg | Clark Hedger <ch1@greensfelder.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | Green, Nonie O. <nonie.green@carrmaloney.com> |
| 414 | Email | 4 | 705;706; 707;708 | Attorney-Client;common interest;Work-Product | Privileged correspondence re Mona v. McKay litigation, insurance coverage, and indemnity. | 9/27/2021 5:42 PM | RE McKay case.msg | Clark Hedger <ch1@greensfelder.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | Green, Nonie O. <nonie.green@carrmaloney.com>;Jennifer Therrien <jlm@greensfelder.com> |
| 500 | Email | 0 | | common interest;Work-Product | Privileged correspondence re Mona v. McKay litigation. | 9/29/2021 5:33 PM | VMAIL-McKay.msg | Clark Hedger <ch1@greensfelder.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | |
| 170 | Email | 0 | | common interest;Work-Product | Privileged correspondence re Mona v. McKay litigation. | 9/29/2021 5:35 PM | RE VMAIL-McKay.msg | Maloney, Paul J. | Clark Hedger <ch1@greensfelder.com> | |
| 336 | Email | 2 | 611;615 | common interest;Work-Product | Privileged correspondence re Opp to Motion to Stay Discovery filed in DE litigation. | 9/30/2021 3:03 PM | FW ArchKey Intermediate Holdings Inc. v. Vincent P. Mona, C.A. No. 2021-0383-JTL.msg | Clark Hedger <ch1@greensfelder.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | |
| 902 | Email | 0 | | Attorney-Client;common interest;Work-Product | Privileged correspondence re Mona v. McKay litigation, attorney's fees, and common interest agreement. | 10/1/2021 1:34 PM | Hedger email to PJM-Oct 1 2021.pdf | Clark Hedger <ch1@greensfelder.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | |
| 924 | Email | 0 | | Attorney-Client;common interest;Work-Product | Privileged correspondence re Mona v. McKay litigation, insurance coverage, and indemnity (Oct. 1 email from Paul Maloney to Clark Hedger and Oct. 1 reply from Clark Hedger to Paul Maloney). | 10/1/2021 1:34 PM | Hedger email to PJM-Oct 1 2021.pdf | Clark Hedger <ch1@greensfelder.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | |
| 589 | Email | 0 | | common interest;Work-Product | Privileged correspondence re Mona v. McKay litigation, attorney's fees. | 10/1/2021 1:34 PM | RE McKay Mona.msg | Clark Hedger <ch1@greensfelder.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | |
| 899 | Email | 0 | | Attorney-Client;common interest;Work-Product | Privileged correspondence re Delaware litigation, discovery, and common interest agreement. | 10/12/2021 3:33 PM | Hedger email to PJM-Oct 12 2021.pdf | Clark Hedger <ch1@greensfelder.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | Jennifer Therrien <jlm@greensfelder.com> |
| 929 | Email | 0 | | Attorney-Client;common interest;Work-Product | Privileged correspondence re Mona v. McKay litigation, Delaware litigation, insurance coverage, and indemnity. | 10/12/2021 3:33 PM | Hedger email to PJM-Oct 12 2021.pdf | Clark Hedger <ch1@greensfelder.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | Jennifer Therrien <jlm@greensfelder.com> |
| 235 | Email | 1 | 694 | Attorney-Client;common interest;Work-Product | Privileged correspondence re Mona v. McKay litigation, Delaware litigation, common interest agreement. | 10/12/2021 3:33 PM | ArchKey Update.msg | Clark Hedger <ch1@greensfelder.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | Jennifer Therrien <jlm@greensfelder.com> |
| 371 | Email | 1 | 834 | common interest;Work-Product | Privileged correspondence re Mona v. McKay litigation status. | 10/12/2021 4:24 PM | Re ArchKey Update.msg | Maloney, Paul J. | Clark Hedger <ch1@greensfelder.com> | Jennifer Therrien <jlm@greensfelder.com> |
| 353 | Email | 0 | | common interest;Work-Product | Privileged correspondence re common interest agreement. | 10/14/2021 10:07 AM | RE ArchKey Update.msg | Maloney, Paul J. | Clark Hedger <ch1@greensfelder.com> | Jennifer Therrien <jlm@greensfelder.com> |
| 288 | Email | 1 | 792 | common interest;Work-Product | Privileged correspondence re draft common interest agreement. | 10/14/2021 11:23 AM | DOCS-#1920498-v1-ArchKey_Maloney_JDA.msg | Clark Hedger <ch1@greensfelder.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | Jennifer Therrien <jlm@greensfelder.com>;Sharp, Melanie <msharp@ycst.com> |
| 508 | Email | 0 | | common interest;Work-Product | Privileged correspondence re draft common interest agreement. | 10/14/2021 11:37 AM | RE DOCS-#1920498-v1-ArchKey_Maloney_JDA.msg | Maloney, Paul J. | Clark Hedger <ch1@greensfelder.com> | |
| 319 | Email | 0 | | common interest;Work-Product | Privileged correspondence re Mona v. McKay litigation. | 10/14/2021 11:38 AM | FW Mona V McKay.msg | Maloney, Paul J. | Clark Hedger <ch1@greensfelder.com> | |
| 495 | Email | 0 | | common interest;Work-Product | Privileged correspondence re Mona v. McKay litigation. | 10/14/2021 11:39 AM | RE Mona V McKay.msg | Clark Hedger <ch1@greensfelder.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | |
| 82 | Email | 0 | | common interest;Work-Product | Privileged correspondence re Mona v. McKay litigation. | 10/14/2021 6:45 PM | RE Mona V McKay.msg | Maloney, Paul J. | Clark Hedger <ch1@greensfelder.com> | |
| 536 | Email | 0 | | common interest;Work-Product | Privileged correspondence re Mona v. McKay litigation and Delaware litigation. | 10/15/2021 9:15 AM | RE Mona V McKay.msg | Clark Hedger <ch1@greensfelder.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | Jennifer Therrien <jlm@greensfelder.com> |
| 373 | Email | 0 | | common interest;Work-Product | Privileged correspondence re Mona v. McKay litigation. | 10/15/2021 10:42 AM | RE Mona V McKay.msg | Maloney, Paul J. | Clark Hedger <ch1@greensfelder.com> | |
| 49 | Email | 0 | | common interest;Work-Product | Privileged correspondence re Mona v. McKay litigation and Delaware litigation. | 10/15/2021 10:46 AM | RE Mona V McKay.msg | Clark Hedger <ch1@greensfelder.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | |
| 39 | Email | 0 | | common interest;Work-Product | Privileged correspondence re Mona v. McKay litigation status. | 10/15/2021 10:59 AM | RE Mona V McKay.msg | Maloney, Paul J. | Clark Hedger <ch1@greensfelder.com> | |
| 1123 | Email | 2 | 1140;11 41 | common interest;Work-Product | Privileged corr transmitting DE docket and Order granting DE Mot to Stay Discovery. Documents attached. | 10/15/2021 3:00 PM | ArchKey v. Mona 2021-0383-JTL (Del. Ch) Order Granting Stay, Case Docket.msg | Chacko, Anupa <AChacko@ycst.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | Hedger, Clark <ch1@greensfelder.com>;Sharp, Melanie <msharp@ycst.com> |
| 142 | Email | 1 | 742 | common interest;Work-Product | Privileged correspondence discovery in Delaware litigation. | 10/15/2021 3:01 PM | FW ArchKey v. Mona 2021-0383-JTL Order Granting Motion to Stay Discovery Pending Resolution of MJOP.msg | Clark Hedger <ch1@greensfelder.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | |
| 1137 | Email | 1 | 1143 | common interest;Work-Product | Privileged corr re review and edits to draft common interest agreement. | 10/18/2021 10:47 AM | RE DOCS-#1920498-v1-ArchKey_Maloney_JDA.msg | Maloney, Paul J. <paul.maloney@carrmaloney.com> | Clark Hedger <ch1@greensfelder.com> | Jennifer Therrien <jlm@greensfelder.com>;Sharp, Melanie <msharp@ycst.com>;Green, Nonie O. <nonie.green@carrmaloney.com> |
| 128 | Email | 1 | 712 | common interest;Work-Product | Privileged correspondence re draft common interest agreement and Mona v. McKay litigation. | 10/18/2021 10:47 AM | RE DOCS-#1920498-v1-ArchKey_Maloney_JDA.msg | Maloney, Paul J. | Clark Hedger <ch1@greensfelder.com> | Jennifer Therrien <jlm@greensfelder.com>;Sharp, Melanie <msharp@ycst.com>;Green, Nonie O. <nonie.green@carrmaloney.com> |
| 62 | Email | 0 | | common interest;Work-Product | Privileged correspondence re draft common interest agreement (out of office reply). | 10/18/2021 10:48 AM | Automatic reply DOCS-#1920498-v1-ArchKey_Maloney_JDA.msg | Clark Hedger <ch1@greensfelder.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | |
| 207 | Email | 0 | | common interest;Work-Product | Privileged correspondence re Mona v. McKay litigation, discovery. | 10/18/2021 5:01 PM | RE DOCS-#1920498-v1-ArchKey_Maloney_JDA.msg | Jennifer Therrien <jlm@greensfelder.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | |
| 526 | Email | 0 | | common interest;Work-Product | Privileged correspondence re Mona v. McKay litigation, discovery. | 10/18/2021 5:12 PM | RE DOCS-#1920498-v1-ArchKey_Maloney_JDA.msg | Maloney, Paul J. | Jennifer Therrien <jlm@greensfelder.com> | |
| 157 | Email | 0 | | common interest;Work-Product | Privileged correspondence re Mona v. McKay litigation, discovery. | 10/18/2021 5:55 PM | RE DOCS-#1920498-v1-ArchKey_Maloney_JDA.msg | Jennifer Therrien <jlm@greensfelder.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | |
| 513 | Email | 0 | | common interest;Work-Product | Privileged correspondence re Mona v. McKay litigation, call availability. | 10/18/2021 5:55 PM | RE DOCS-#1920498-v1-ArchKey_Maloney_JDA.msg | Jennifer Therrien <jlm@greensfelder.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | |
| 186 | Email | 0 | | common interest;Work-Product | Privileged correspondence re Mona v. McKay litigation, call availability. | 10/18/2021 6:04 PM | RE DOCS-#1920498-v1-ArchKey_Maloney_JDA.msg | Maloney, Paul J. | Jennifer Therrien <jlm@greensfelder.com> | |

| # | Type | | | Privilege | Description | Date | Subject | From | To | CC |
|---|---|---|---|---|---|---|---|---|---|---|
| 354 | Email | 0 | | common interest;Work-Product | Privileged correspondence re Mona subpoena to DHG in Delaware litigation. | 10/27/2021 3:45 PM | FW ArchKey v. Mona, Case No. 2021-0383-JTL (Del. Ch); Mona v. McKay, Case No. 21-cv-01017 (D. Md.) Litigation Preservation Notice to DHG.msg | Clark Hedger <ch1@greensfelder.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | |
| 405 | Email | 4 | 769;770; 773;775 | common interest;Work-Product | Privileged communication re certain subpoenas redacted. | 10/27/2021 3:52 PM | Fwd Mona v. McKay - Subpoena and Notice.msg | Maloney, Paul J. | Clark Hedger <ch1@greensfelder.com> | |
| 563 | Email | 0 | | common interest;Work-Product | Privileged correspondence re Mona subpoena to DHG in Delaware litigation. | 10/27/2021 4:22 PM | FW ArchKey v. Mona, Case No. 2021-0383-JTL (Del. Ch); Mona v. McKay, Case No. 21-cv-01017 (D. Md.) Litigation Preservation Notice to DHG.msg | Clark Hedger <ch1@greensfelder.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | |
| 267 | Email | 0 | | common interest;Work-Product | Privileged correspondence re draft common interest agreement and attorney's fees. | 10/28/2021 2:38 PM | RE DOCS-#1920498-v1-ArchKey_Maloney_JDA.msg | Clark Hedger <ch1@greensfelder.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | Jennifer Therrien <jlm@greensfelder.com>;Sharp, Melanie <msharp@ycst.com>;Green, Nonie O. <nonie.green@carrmaloney.com> |
| 455 | Email | 0 | | common interest;Work-Product | Privileged correspondence re Mona v. McKay litigation and subpoena withdrawal. | 10/28/2021 5:29 PM | FW ArchKey Subpoena Letter of October 6th.msg | Clark Hedger <ch1@greensfelder.com> | Carrie E. Wagner <cwagner@greensfelder.com> | Jennifer Therrien <jlm@greensfelder.com>;Jesica E. Courtway <jcourtway@greensfelder.com>;Maloney, Paul J. <paul.maloney@carrmaloney.com> |
| 42 | Email | 0 | | common interest;Work-Product | Privileged correspondence re Mona v. McKay litigation and Delaware litigation. | 10/28/2021 6:24 PM | McKayArchKey - Claim-Splitting.msg | Clark Hedger <ch1@greensfelder.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | Jennifer Therrien <jlm@greensfelder.com> |
| 645 | Email | 0 | | common interest;Work-Product | Privileged correspondence re Mona v. McKay litigation, discovery. | 10/28/2021 6:28 PM | RE McKayArchKey - Claim-Splitting.msg | Maloney, Paul J. | Clark Hedger <ch1@greensfelder.com> | Jennifer Therrien <jlm@greensfelder.com> |
| 139 | Email | 0 | | common interest;Work-Product | Privileged correspondence re Mona v. McKay litigation, call availability. | 11/8/2021 8:41 AM | McKayArchKey-Voicemail.msg | Clark Hedger <ch1@greensfelder.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | |
| 381 | Email | 1 | 752 | common interest;Work-Product | Privileged correspondence re Mona v. McKay litigation, call availability. | 11/8/2021 8:49 AM | Re McKayArchKey-Voicemail.msg | Maloney, Paul J. | Clark Hedger <ch1@greensfelder.com> | |
| 671 | Email | 0 | | common interest;Work-Product | Privileged correspondence re Mona v. McKay litigation, call availability. | 11/8/2021 8:49 AM | RE McKayArchKey-Voicemail.msg | Clark Hedger <ch1@greensfelder.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | |
| 351 | Email | 1 | 820 | common interest;Work-Product | Privileged correspondence re Mona v. McKay litigation, Delaware litigation, and PJM execution of common interest agreement. | 11/8/2021 3:28 PM | McKay Mona.msg | Green, Nonie O. <nonie.green@carrmaloney.com> | Clark Hedger <ch1@greensfelder.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> |
| 255 | Email | 0 | | common interest;Work-Product | Privileged correspondence re Mona v. McKay litigation. | 11/8/2021 4:31 PM | Delaware Law - Extra-Contractual Reps and Justifiable Reliance.msg | Clark Hedger <ch1@greensfelder.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | |
| 472 | Email | 1 | 824 | common interest;Work-Product | Privileged correspondence re Mona v. McKay litigation. | 11/8/2021 4:42 PM | Re Delaware Law - Extra-Contractual Reps and Justifiable Reliance.msg | Maloney, Paul J. | Clark Hedger <ch1@greensfelder.com> | Green, Nonie O. <nonie.green@carrmaloney.com> |
| 311 | Email | 0 | | common interest;Work-Product | Privileged correspondence re Mona v. McKay litigation, Delaware litigation, and discovery. (1:40 pm email from Paul Maloney to Clark Hedger and 2:49 pm response) (redacted) | 11/9/2021 2:49 PM | RE McKay Mona.msg | Clark Hedger <ch1@greensfelder.com> | Maloney, Paul J. <paul.maloney@carrmaloney.com> | |
| 705 | Pdf | 0 | | Attorney-Client;common interest;Work-Product | Privileged correspondence re , insurance coverage and indemnity. | 7/8/2021 12:00 AM | Chubb Coverage Position G25583206 004.pdf | Nicholas Papadakos, Esq. (Claims Specialist, Chubb North American Financial Lines Claims) | Christine White (Vice President - Risk Management & Contract Services, Sachs Electric Compnay) | |
| 706 | Pdf | 0 | | Attorney-Client;common interest;Work-Product | Privileged correspondence re , insurance coverage and indemnity. | 7/15/2021 12:00 AM | Chubb Coverage Position Run Off G70163020 001.pdf | Marc Schwab (Claims Specialist, Chubb North American Financial Lines Claims) | Christine White (Vice President - Risk Management & Contract Services, Sachs Electric Compnay) | |
| 707 | Pdf | 0 | | Attorney-Client;common interest;Work-Product | Privileged insurance policy. | N/A | DO-EPL-FID Runoff Policy G70163020 001 (20-26) (REVISED 02-28-20).pdf | N/A | N/A | |
| 712 | Word | 0 | | common interest;Work-Product | Privileged draft common interest agreement. | N/A | Common Interest Agreement-Draft- Oct 18 2021.DOCX | N/A | N/A | |
| 792 | Word | 0 | | common interest;Work-Product | Privileged draft common interest agreement. | N/A | DOCS-#1920498-v1-ArchKey_Maloney_JDA.docx | N/A | N/A | |
| 908 | Pdf | 0 | | Attorney-Client;common interest;Work-Product | Privileged insurance coverage opinion. | 7/8/2021 12:00 AM | Chubb Coverage Position G25583206 004.pdf | Nicholas Papadakos, Esq. (Claims Specialist, Chubb North American Financial Lines Claims) | Christine White (Vice President - Risk Management & Contract Services, Sachs Electric Compnay) | |
| 910 | Pdf | 0 | | Attorney-Client;common interest;Work-Product | Privileged insurance policy. | N/A | DO-EPL-FID Runoff Policy G70163020 001 (20-26).pdf | N/A | N/A | |
| 911 | Pdf | 0 | | Attorney-Client;common interest;Work-Product | Privileged insurance coverage opinion. | 7/15/2021 12:00 AM | Chubb Coverage Position Run Off G70163020 001.pdf | Marc Schwab (Claims Specialist, Chubb North American Financial Lines Claims) | Christine White (Vice President - Risk Management & Contract Services, Sachs Electric Compnay) | |
| 936 | Pdf | 0 | | Attorney-Client;common interest;Work-Product | Privileged insurance coverage opinion. | 7/8/2021 12:00 AM | Chubb Coverage Position G25583206 004.pdf | Nicholas Papadakos, Esq. (Claims Specialist, Chubb North American Financial Lines Claims) | Christine White (Vice President - Risk Management & Contract Services, Sachs Electric Compnay) | |
| 939 | Pdf | 0 | | Attorney-Client;common interest;Work-Product | Privileged insurance coverage opinion. | 7/15/2021 12:00 AM | Chubb Coverage Position Run Off G70163020 001.pdf | Marc Schwab (Claims Specialist, Chubb North American Financial Lines Claims) | Christine White (Vice President - Risk Management & Contract Services, Sachs Electric Compnay) | |
| 940 | Pdf | 0 | | Attorney-Client;common interest;Work-Product | Privileged insurance policy. | N/A | DO-EPL-FID Runoff Policy G70163020 001 (20-26).pdf | N/A | N/A | |
| 1044 | Word | 0 | | common interest;Work-Product | Privileged memo outlining DE counterclaim allegations involving McKay. | 7/29/2021 12:00 AM | ArchKey - Delaware Chancery Counterclaim allegations involving D. McKay.docx | Anupa M. Chacko (at Young Conaway) | File | |
| 1113 | Pdf | 0 | | common interest;Work-Product | Privileged email and attached letter requesting insurance coverage and indemnity for any liability, costs, or expenses in MD litigation. | 9/17/2021 12:00 AM | ltr from PJM to CWhite 9-17-21 [2843611].PDF | Paul J. Maloney | Christine White (Vice President - Risk Management & Contract Services, Sachs Electric Compnay) | |
| 1143 | Word | 0 | | common interest;Work-Product | Draft common interest agreement. | N/A | Common Interest Agreement-Draft- Oct 18 2021.DOCX | N/A | N/A | |

Carr Maloney - Counsel for McKay
Greensfelder - Counsel for ArchKey
Young Conaway (ycst) - Counsel for ArchKey
Saul Ewing (saul) - Counsel for ArchKey
Sachs - subsidiary of ArchKey