UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

VINCENT P. MONA                     :
                                    :
            Plaintiff,              :
                                    :
      v.                            :       Case No.: 8:21-cv-01017 (PJM)
                                    :
DAVID F. McKAY                      :
                                    :
            Defendant.              :

**DEFENDANT DAVID F. McKAY'S**
**NOTICE OF COMPLIANCE WITH COURT ORDER**

Defendant David F. McKay, through undersigned counsel, gives the Court notice that, pursuant to the Court's October 12, 2023 Order (ECF 126), on October 19, 2023 undersigned counsel produced to counsel for Plaintiff all documents and communications on the Defendant's June 2023 and September 2023 privilege logs "that were (1) sent by McKay or McKay's counsel to ArchKey, or ArhchKey's employees or representatives, including ArchKey's counsel, or (2) sent to McKay or McKay's counsel from ArchKey, or ArchKey's employees or representatives, including ArchKey's counsel." ECF 126 ¶ 2.

Undersigned counsel further gives notice to the Court and to counsel for Plaintiff that in preparing the production, undersigned counsel discovered a typo in Defendant's June 2023 privilege log. Row 55 of that log identified a relevant communication as dated February 21, 2021, 11:42am. The document at Row 55 should have been listed as February 15, 2021, 11:42am, and is included in Defendant's October 19, 2023 production at "McKay 005448-49."

Respectfully Submitted,

DAVID F. McKAY
By Counsel

*/s/ J. Peter Glaws, IV*
Paul J. Maloney, 02026
J. Peter Glaws, IV, 19258
Carr Maloney P.C.
2000 Pennsylvania Avenue, NW, Suite 8001
Washington, D.C. 20006
(202) 310-5500 (Telephone)
(202) 310-5555 (Facsimile)
paul.maloney@carrmaloney.com
peter.glaws@carrmaloney.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing **Defendant David F. McKay's Notice of Compliance with Court Order** was e-filed and served via the Court's electronic filing system on this 20th day of October, 2023 to:

Adam S. Taylor, Esquire
Taylor, McCormack & Frame, LLC
30 Milk Street, 5th Floor
Portland, Maine 04101

Aaron Sims, Esquire
Timothy R. Dudderar, Esquire
Potter Anderson & Corroon, LLP
1313 North Market Street
Wilmington, Delaware 19801

Michael B. Brown, Esquire
Joshua J. Gayfield, Esquire
Miles & Stockbridge P.C.
100 Light Street
Baltimore, Maryland 21202

*/s/ J. Peter Glaws, IV*
J. Peter Glaws, IV