**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

PETER J. MESSITTE  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND  20770  
301-344-0632

## MEMORANDUM

TO: Counsel of Record

FROM: Judge Peter J. Messitte

RE: Mona v. McKay  
Civil No. 21-1017 PJM

DATE: November 22, 2023

\* \* \*

The Court is very concerned about the number of witnesses and exhibits counsel have prepared, given the fact of a 3-week trial. There is no way the case — as a jury trial — can be allowed to proceed ad infinitum.

Counsel therefore are directed to limit both the number of witnesses and exhibits to make them fit the 3-week time frame.

There are 13 trial days. Jury selection and opening arguments by counsel will consume Day One (December 4). Closing Arguments and Jury Deliberation will consume Day Thirteen (December 21). If necessary, Jury Deliberation may resume on January 2.

Accordingly, Plaintiff shall have Day Two (December 5) through the morning of Day Seven (December 13) to try his case. Defendant will have the afternoon of Day Seven (December 13) through Day Twelve (December 20).

There is no other realistic choice, counsel. Make it work. No duplicative evidence. Stipulations to the max.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and Clerk is directed to docket it accordingly.

/s/  
PETER J. MESSITTE  
UNITED STATES DISTRICT JUDGE

cc: Court File