**VINCENT P. MONA v. DAVID F. MCKAY, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND (Case No. PJM-21-1017)**

### APPENDIX A – PLAINTIFF'S EXHIBIT LIST

| P Ex # | Description | Document Reference | Authentication Required | Admitted |
|---|---|---|---|---|
| 2 | Deposition transcript of Vincent P. Mona (ArchKey v. Mona), dated Nov. 18, 2022 | MONA02321084-MONA02321182 | | |
| 4 | Email chain dated Dec. 11, 2019 | MONA02321329-MONA0231334 | | |
| 5 | Engagement Letter dated Oct. 19, 2018 | MONA02321335-MONA02321342 | | |
| 6 | Email dated Jan. 27, 2020 | MONA02321343 | | |
| 7 | Purchase Offer Comparisons Spreadsheet | MONA02321344-MONA02321345 | | |
| 8 | Purchase Offer Comparisons Spreadsheet | MONA02321346-MONA0231349 | | |
| 9 | Deposition Transcript of Mark Mona (Mona v. McKay), dated Dec. 10, 2021 | MONA02323418-MONA02323570 | | |
| 10 | Deposition Transcript of A.J. - Oberon Securities (Mona v. McKay), Dec. 1, 2021 | NO BATES | | |
| 13 | Email dated Sept. 3, 2019 | MONA01569653-MONA01569654 | | |
| 14 | Email chain dated Dec. 7, 2019 | MONA02321520-MONA02321522 | | |
| 16 | Deposition of Mark Mona (ArchKey v. Mona), dated Dec. 8, 2022 | MONA02321366-MONA02321507 | | |
| 18 | Letter Agreement dated Feb. 1, 2020 | MONA02321363-MONA02321365 | | |
| 20 | LOI dated May 13, 2019 | MONA02321530-MONA02321535 | | |

APPENDIX A – PLAINTIFF'S EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| 22 | Updated Diligence Request List dated Mar. 4, 2019 | MONA02321549-MONA02321551 | | |
| 28 | Email chain dated May 7, 2019 | MONA02321835-36 | | |
| 34 | Email chain dated Dec. 20, 2019 | MONA02321525-MONA02321527 | | |
| 36 | Email chain dated Apr. 5, 2021 | MONA02321511-MONA02321513 | | |
| 41 | Email dated Jan. 13, 2020 | MONA02322703 | | |
| 42 | Email chain dated Jan. 6, 2020 | MONA02321516-MONA02321517 | | |
| 44 | Email chain dated Jul. 27, 2019 | MONA02322652-MONA02322657 | | |
| 45 | Email chain dated Dec. 2, 2019 | MONA02322662-MONA02322664 | | |
| 46 | Subscription Agreement dated Feb. 1, 2020 | MONA02322665-MONA02322695 | | |
| 47 | Email chain dated Dec. 13, 2019 | MONA02322632-MONA02322651 | | |
| 48 | Stock Purchase Agreement dated Feb. 1, 2020 | MONA02322166-MONA02322267 | | |
| 55 | Email chain dated Dec. 7, 2019 | MONA02323159-MONA02323161 | | |
| 56 | Email chain. dated Dec. 3, 2019 | MONA02323229-MONA02323232 | | |
| 57 | Email dated Feb. 19, 2020 | MONA02323233-MONA02323234 | | |
| 58 | Email chain Dec. 2, 2019 | MONA02322629-MONA02322631 | | |
| 64 | Mona Electric Group Realigns Executive Leadership Team dated Feb. 1, 2020 | MONA02323317-MONA02323318 | | |
| 65 | Messages dated Mar. 3, 2020 | MONA02323322-MONA02323323 | | |

**VINCENT P. MONA v. DAVID F. MCKAY, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND (Case No. PJM-21-1017)**

### APPENDIX A – PLAINTIFF'S EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| 67 | Job Profit Analysis dated Aug. 28, 2019 | MONA02322846 | | |
| 73 | Email chain dated Apr. 25, 2020 | MONA02323319-MONA02323321 | | |
| 76 | Email dated Jun. 3, 2020 | MONA02324016 | | |
| 77 | Letter dated December 9, 2020 | MONA02324457-MONA02324473 | | |
| 79 | Email chain dated Apr. 28, 2020 | MONA02325092-MONA02325093 | | |
| 81 | Email chain dated Mar. 9, 2020 | MONA02325409-MONA02325410 | | |
| 82 | Email chain dated Jan. 13, 2021 | MONA02325411-MONA02325412 | | |
| 83 | Email chain dated Jan. 22, 2021 | MONA02324753 | | |
| 84 | Email dated Dec. 30, 2020 | MONA02325413-MONA02325414 | | |
| 85 | Common Interest Agreement dated Nov. 8, 2021 | MONA02322696-MONA02322700 | | |
| 86 | Deposition Transcript of Vincent (Cap) Mona (Mona v. McKay), dated Dec. 9, 2021 | MONA02326356 - 6442 | | |
| 90 | Purchase Offer Comparisons | (Oberon Ex 8) | | |
| 92 | Emails with Vasari | OBERON180-OBERON192 | | |
| 93 | Oberon/Krause Emails Re Vasari & Hennick | OBERON16-OBERON35 | | |
| 96 | Oberon Engagement Amendment | OBERON235-OBERON244 | | |
| 97 | Email Re Vasari-Aion Offer Aug. 1, 2019 | OBERON248-52 | | |
| 98 | Email Re Vasari Call | OBERON283-OBERON284 | | |

### APPENDIX A – PLAINTIFF'S EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| 99 | Emails Hennick Meeting Agenda Aug. 23, 2019 | OBERON295-OBERON301 | | |
| 100 | Emails Re -LOI Aug. 28, 2019 | OBERON319-OBERON334 | | |
| 101 | Emails Sept. 9, 2019 | OBERON350-351 | | |
| 103 | Emails Oct. 15, 2018 | MCKAY319-MCKAY320 | | |
| 106 | Schlaeppi, Walker, Schuler and Cap Mona April to May 2019 | GARDNERBARNES1-GARDNERBARNES14 | | |
| 107 | Emails dated July 8-17, 2021 | GARDNERBARNES7-GARDNERBARNES19 | | |
| 108 | Emails dated July 17, 2019 | GARDNERBARNES20-GARDNERBARNES24 | | |
| 109 | Emails dated Aug. 21, 2019 -Aug. 27, 2019 | GARDNERBARNES37-GARDNERBARNES41 | | |
| 110 | Email dated Sep. 6, 2019 | GARDNERBARNES51 | | |
| 111 | Proposed Summary of Terms/LOI | GARDNERBARNES52-GARDNERBARNES57 | | |
| 112 | 9/6/2019 LOI | Walker Depo Ex 17 | | |
| 113 | Deposition of Clay Scharff (ArchKey v. Mona 11/01/2022 –C.A. No.: 2021-0383- JTL) | MONA02313148 - 3564 | | |
| 117 | Chat message log: 10/8/2019 | MONA02322433 – 34 | | |
| 119 | Email chain, top Email dated 12/02/2019 | MONA02322662-MONA02322664 | | |

## APPENDIX A – PLAINTIFF'S EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| 121 | Email chain, top Email dated 12/11/2019 | MONA02323162 – 63 | | |
| 123 | Email chain | MONA02323390-92 | | |
| 124 | Memo dated 6/2021 | MONA02323393-97 | | |
| 125 | Email chain and Excel spreadsheet | MONA02323590-93 | | |
| 129 | Email chain | MONA02323319 – 21 | | |
| 130 | ArchKey Intermediate Holdings, Inc.'s Supplemental Answers and Objections to Defendant/Counterclaim Plaintiff Mona's Third Set of Interrogatories | MONA02308815 – 885 | | |
| 131 | Deposition transcript of Caleb Vuljanic (Dixon Hughes Goodman) 11/1/2022 DE Chancery Court C.A. No.: 2021-0383-JTL | MONA02313813 – 4073 | | |
| 132 | Email dated 2/6/2020 | MONA02323414 | | |
| 133 | 2/21/20 Email Chain | MONA02323579-80 | | |
| 134 | 3/14/2020 Email | MONA02323654 | | |
| 135 | Deposition Transcript of Tim Lamothe – OneRock | MONA02309281 – 9648 | | |
| 138 | Project Gateway Initial Investment Memo | MONA02309815-17 | | |
| 139 | Project Gateway Update Investment Memo | MONA02309818-20 | | |
| 144 | Email chain, top Email dated 5/28/21 | MONA02309874-82 | | |
| 149 | Archkey's supplemental answers to Mr. Mona's | MONA02323063-133 | | |

## APPENDIX A – PLAINTIFF'S EXHIBIT LIST

|  |  |  |  |  |
|---|---|---|---|---|
|  | Third Set of Interrogatories (June 6, 2022) |  |  |  |
| 150 | 3/9/2019 - McKay summary | MONA02325409 – 10 |  |  |
| 159 | 04/26/2019 Emails | ARCHKEY 1746043-44 |  |  |
| 160 | 12/04/2019 Email | ARCHKEY 1737398-99 |  |  |
| 163 | 01/06/2020 Email chain | ARCHKEY 1743237-38 |  |  |
| 168 | 1/15/2020 text message | ARCHKEY 1538419-20 |  |  |
| 177 | 6/1/2019 Emails | MONA01648976 |  |  |
| 178 | 6/10/2020 Email | MONA01649055 |  |  |
| 180 | 3/18/2020 Email | MONA01650271 |  |  |
| 182 | McKay Opening and Closing Statement | MONA02323060 |  |  |
| 183 | 10/29/2019 Email | MONA01650498 – 500 |  |  |
| 184 | Engagement Letter 8/27/19 | DHGCF_0030519- DHGCF_0030523 |  |  |
| 185 | 11/17/2021 McKay's Answers to Interrogatories | ARCHKEY INTERROGATORIES |  |  |
| 188 | 04/21/2020 Email | MONA00001448 |  |  |
| 190 | 11/11/2021 Email | MONA00001495 |  |  |
| 191 | 12/20/2019 Email | MONA00001231 |  |  |
| 192 | 06/16/2020 Email | MCKAY748 |  |  |
| 193 | 01/26/2021 Notes | MCKAY755 |  |  |
| 194 | 11/9/2020 Letter | MCKAY02100-00201 |  |  |
| 195 | 11/2/2020 Email | MCKAY002102 |  |  |
| 197 | Email chain, top Email dated 1/20/20 | MONA00001241-1244 |  |  |
| 198 | Purchase Offer Comparisons | MONA00000243-47 |  |  |

**VINCENT P. MONA v. DAVID F. MCKAY, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND (Case No. PJM-21-1017)**

## APPENDIX A – PLAINTIFF'S EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| 199 | McKay Financial Package | MONA00000228-229 | | |
| 200 | Email chain, top Email dated 5/15/2019 | MONA00001119-1121 | | |
| 201 | Email dated 5/11/2020 | MONA00001485 | | |
| 204 | PGH contract local requirements | MCKAY002513-26 | | |
| 205 | Notice of Arbitration Demand | McKay 002100-McKay 002102 | | |
| 206 | Email dated 6/10/20 | MCKAY000638 | | |
| 207 | Email dated 1/13/2020 | MCKAY722 | | |
| 209 | Notes dated 8/1/18 to Cap | MCKAY631-636 | | |
| 211 | Notes | MCKAY1791-1794 | | |
| 212 | Notes for meeting on 1/25/2021 | MCKAY1779-1782 | | |
| 213 | Notes | MCKAY1777-1778 | | |
| 214 | Notes dated 1/11/2021 | MCKAY1767-1776 | | |
| 215 | Notes from 11/9/2020 call | MCKAY1723-1754 | | |
| 216 | 11/12/2019 Letter | MCKAY839-840 | | |
| 217 | Email dated 3/11/2020 | MCKAY2841-2842 | | |
| 218 | 2/4/2021 Email | MCKAY 001712 | | |
| 220 | Email dated 2/22/2021 | MCKAY2746 | | |
| 222 | Email dated 1/27/2020 | MONA02322725 – 26 | | |
| 223 | Email dated 12/31/2019 | MONA02322701-02 | | |
| 224 | Vasari Energy Expression of Interest dated 3/18/2019 | OBERON31-32 | | |
| 225 | 8/1/19 Email | OBERON390-391 | | |
| 227 | Email dated 8/29/2019 | OBERON322 | | |
| 228 | Email chain dated 9/9/2019 | OBERON352-354 | | |

**APPENDIX A – PLAINTIFF'S EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| 229 | Email chain, top Email 5/23/2019 through 7/9/2019 | OBERON189-194 | | |
| 230 | Email chain, dated 8/21/2019 | OBERON279-281 | | |
| 231 | Email chain, dated 8/27/2019 | OBERON311-312 | | |
| 233 | Email to Krause | OBERON338 | | |
| 234 | Email chain with Oberon, Mona, McKay and Hennick | OBERON 347-349 | | |
| 235 | Email dated 7/24/19 | OBERON228 | | |
| 236 | Email dated 8/30/2019 | OBERON345-346 | | |
| 238 | Email to Krause Re Project Spark | OBERON245-246 | | |
| 240 | Email dated 10/9/2019 | GARDNERBARNES59 | | |
| 241 | Email chain 9/26/2018-9/27/2019 | MONA00001008-10 | | |
| 248 | Deposition transcript of Matt Lodes 12/13/2022 (DE Chancery Court C.A. No.: 2021-0383-JTL) | MONA02309994 – 10120 | | |
| 249 | Deposition transcript of Alen E. Freund 12/20/2022 (DE Chancery Court C.A. No.: 2021-0383-JTL) | MONA02307717 – 7976 | | |
| 250 | 5/7/20 notes | McKay1715-16 | | |
| 251 | 6/18/18 Moorefield promotion | McKay2128 | | |
| 253 | 2/16/20 Email chain | MONA00001139 | | |
| 256 | 2/16/20 Email chain | MONA02323775-80 | | |
| 261 | 5/14/19 Email chain | MONA01747736-37 | | |
| 265 | McKay notes | McKay0721 | | |
| 268 | 2/5/20 memo | McKay0673 | | |

APPENDIX A – PLAINTIFF'S EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| 269 | 6/3/20 Email | MONA02324016 | | |
| 270 | ArchKey Responses to First Set of Interrogatories, Response No. 50 | MONA02323324-89 | | |
| 273 | 4/2/21 Emails | McKay2753 | | |
| 274 | 2/22/21 Emails | McKay2745-46 | | |
| 275 | 1/29/21 Letter from Adam Taylor | MONA02325056-83 | | |
| 276 | Impact report | MONA00000908-928 | | |
| 278 | 05/21/2020 Email | McKay0613-14 | | |
| 279 | 05/13/2020 Email | McKay0705-11 | | |
| 280 | 5/13/20 Email chain | MONA01654628-30 | | |
| 283 | 3/12/21 Email chain | MONA02314476-77 | | |
| 286 | 12/29/20 Email chain | MONA02314450-51 | | |
| 287 | 4/28/20 job profit analysis | MONA02314243-44 | | |
| 288 | Agreement and Plan of Merger dated as of May 14, 2021 | MONA02324179-422 | | |
| 289 | 10/21/19 McKay notes | McKay0723-27 | | |
| 290 | Mona McKay Email chain | McKay1160-61 / McKay MD Deposition Exhibit 57 | | |
| 292 | 5/1/19 notes | McKay0635-36 | | |
| 295 | 6/13/19 Email | McKay0594-96 | | |
| 296 | 6/16/20 Email chain | MONA02324456 | | |
| 298 | 11/20/20 Email chain | MONA02375640-41 | | |
| 300 | 5/14/20 Email chain | MONA02323601-26 | | |
| 303 | 1/27/20 Email chain | MONA01964816 | | |
| 304 | 2/19/20 Email chain | MONA02323600 | | |
| 305 | 1/28/20 Email chain | MONA02322709-13 | | |
| 306 | Financial packages | McKay0789-91 | | |
| 310 | 3/12/20 DHG engagement Letter | MONA02314430-41 | | |
| 311 | 12/10/20 Email chain | MONA02314442-46 | | |

**VINCENT P. MONA v. DAVID F. MCKAY, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND (Case No. PJM-21-1017)**

**APPENDIX A – PLAINTIFF'S EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| 313 | 3/11/20 Email chain | MONA02314231-32 | | |
| 314 | 2/13/20 Email chain | MONA02323417 | | |
| 316 | 1/22/21 Emails | Freund0078-82 | | |
| 317 | 3/11/20 - 4/8/20 Emails | Freund0061-65 | | |
| 323 | Share of Mona Electric stock | McKay0303 | | |
| 325 | 5/15/19 Email | MONA00001119-21 | | |
| 327 | 5/15/19 Email chain | MONA02322626-28 | | |
| 328 | "Acquisition Opportunity – Project Spark" dated May 20, 2019 | MONA02322157-61 | | |
| 330 | 9/5/19 Email | MONA02376171 | | |
| 333 | 9/6/19 LOI | McKay MD Exhibit 33 | | |
| 338 | ArchKey Complaint Exhibits 1-3 | MONA02314560-697 | | |
| 358 | 12/21/2019 Email | MONA00001155 | | |
| 360 | 12/20/2019-12/21/2019 Email | MONA00001237-38 | | |
| 363 | 01/03/2020 Email | McKay0261-62 | | |
| 369 | 01/20/2020 Email | McKay02709-10 | | |
| 371 | 11/20/2020 Email | MONA00008133 | | |
| 377 | Mona Document | MONA00006144-46 | | |
| 378 | ETWN - A FORCE FOR GOOD: Vincent "Cap" Mona and Mona Electrics - Catholic University's Bob Keith | https://youtu.be/atHkmAGHBZ0?si=-LcDnfhBixbIcpql | | |
| 379 | Mona: 400 Years of Family Roots – 50 Years of Business Success … and Beyond (Mona Electric Group, Inc.) | MONA02320662-753 | | |
| 381 | Covid 19 Project Impact Process | MONA02324755-66 | | |

APPENDIX A – PLAINTIFF'S EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| 383 | 1/29/09 Letter of intent | MONA0000649-52 | | |
| 384 | 5/13/19 Letter of intent | McKay0084-89 | | |
| 386 | 8/30/19 Letter of intent | McKay0077-83 | | |
| 388 | Deposition transcript of Mark Mona, Volume I (ArchKey v. Mona) dated 12/8/22 | MONA02311248-399 | | |
| 389 | Deposition transcript of Mark Mona, Volume II (ArchKey v. Mona) dated 12/8/22 | MONA02311465-640 | | |
| 390 | Deposition transcript of 30(b)(6) deposition of ArchKey Intermediate Holdings Inc. by and through Clay Scharff (ArchKey v. Mona) dated 11/1/22 | MONA02313148-564 | | |
| 402 | Oberon Document | OBERON352-54 | | |
| 405 | Oberon Document | OBERON335-41 | | |
| 408 | Oberon Document | OBERON228-229 | | |
| 413 | McKay Maryland Deposition Exhibit 32 | McKay Maryland Deposition Exhibit 32 | | |
| 422 | "ArchKey Holdings Inc. 2020 6+6" | MONA02324022-23 | | |
| 423 | 2/25/21 Email chain | MONA00002401-03 | | |
| 425 | McKay notes | McKay0728 | | |
| 426 | McKay notes | McKay0739 | | |
| 427 | McKay notes | McKay0752-58 | | |
| 429 | McKay notes | McKay1045 | | |
| 430 | McKay notes | McKay1717-54 | | |
| 431 | McKay notes | McKay1761-90 | | |
| 432 | McKay notes | McKay1823-24 | | |
| 435 | McKay meeting notes | McKay0629-32 | | |
| 436 | McKay notes | McKay1755 | | |
| 437 | McKay notes | McKay0725 | | |

### APPENDIX A – PLAINTIFF'S EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| 438 | McKay notes | McKay0736 | | |
| 439 | McKay notes | McKay0738 | | |
| 440 | McKay notes | McKay0741-42 | | |
| 441 | McKay notes | McKay1714 | | |
| 442 | McKay notes | McKay1719-20 | | |
| 445 | Email chain 12/09/2019 through 04/08/2020 | McKay2610 | | |
| 446 | McKay notes | McKay2193 | | |
| 447 | Mona letter to Clark 08/12/2020 | McKay2103-04 | | |
| 449 | 12/10/2020 - 12/18/2020 Emails | McKay1889-1900 | | |
| 459 | 01/07-2021-01/13/2021 Emails | ArchKey_1569482-83 | | |
| 461 | 6/27/19 Meeting Minutes | MONA02321049-66 | | |
| 462 | 5/7/19 Email chain | MONA02321835-36 | | |
| 463 | GB Document | GardnerBarnes 0058 | | |
| 465 | DHG/Vuljanic Deposition Exhibit 27 | MONA02314442-46 | | |
| 472 | 2/2/18 Clark Construction Bid Analysis Worksheet | NO BATES | | |
| 473 | 12/2/19 Email chain | MONA0235459-60 | | |
| 474 | 12/16/19 GFI Energy Group Memorandum | MONA02322614-22 | | |
| 477 | Draft Separation Agreement | McKAY 005452-58 | | |
| 481 | 7/8/21 Letter from Chubb | McKAY 005283-85 | | |
| 482 | 7/15/21 Letter from Chubb | McKAY 005286-88 | | |
| 486 | 9/17/21 Letter from Paul Maloney | McKAY 004802-03 | | |
| 489 | 9/27/21 Email chain | McKAY 004921-24 | | |
| 491 | 10/12/21 Email | McKAY 005282 | | |

APPENDIX A – PLAINTIFF'S EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| 510 | Liquidation Auction | | | |
| 511 | Email 1/31/2020 UMCRMC - Draft JPA Jan 2020 | ArchKey_2092561 | | |
| 512 | Email Thread Sept.-Oct. 2021 | McKay 0055277-82 | | |
| 513 | Email 1/27/20 | ArchKey_1858965 | | |
| 514 | Email 12/7/19 Pat K to Scharff | ArchKey_1747167-168 | | |
| 515 | Email thread 4/26/19 | ArchKey_1746043-44 | | |
| 516 | Email thread 12/4/19 | ArchKey_1737398 - 99 | | |
| 517 | Email thread 10/29/19-12/11/19 | ArchKey_1648284-89 | | |
| 518 | Email thread 4/25/20 | ArchKey_2067755-57 | | |
| 519 | Email thread 1/06/20 | ArchKey_1743237-238 | | |
| 520 | OneRock NWC valuation 12/9/20 | ArchKey_1740518 | | |
| 521 | ArchKey budget/MEG balance sheet | ArchKey_1569474 | | |
| 522 | Email thread 12/22/20 | ArchKey_1582896-98 | | |
| 523 | Email thread 12/22/20 | ArchKey_1583000-01 | | |
| 524 | Email thread 7/06/20 – 6/29/20 | ArchKey_1671061-1671072 | | |
| 525 | Email thread 12/22/20 with attachment | ArchKey_1671415-16 | | |
| 526 | Message log 8/19/20 | ArchKey_1538403-04 | | |
| 527 | Email thread 7/27/20 | ArchKey_1710228-1710249 | | |
| 528 | Email thread 2/18/20 | ArchKey_1975931-32 | | |

# VINCENT P. MONA v. DAVID F. MCKAY, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND (Case No. PJM-21-1017)

## APPENDIX A – PLAINTIFF'S EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| 529 | Email thread 3/8/20 | ArchKey_2070376-77 | | |
| 530 | Email thread 6/21/21 | ArchKey_2008535 | | |
| 531 | Email thread 12/31/20 | ArchKey_1965958-61 | | |
| 532 | Email thread 12/30/20 | ArchKey_1954719-22 | | |
| 533 | Email thread 4/28/20 | ArchKey_174333-34 | | |
| 534 | Job profit analysis | ArchKey_0057899 | | |
| 535 | PGH JPA | ArchKey_0070950 | | |
| 536 | Email thread 12/2/19 | ArchKey_1742148-149 | | |
| 537 | Email thread 7/27/19 | ArchKey_1750529-34 | | |
| 538 | 2/1/2020 Agreement | ArchKey_1936494-524 | | |
| 539 | 12/20/19 Email thread | ArchKey_1648407-09 | | |
| 540 | Email thread 1/28/20 and attachment | ArchKey_2032914 | | |
| 541 | Email thread 1/19/21 | ArchKey_1991096-98 | | |
| 542 | McKay statement | ArchKey_1813524 | | |
| 544 | Email thread 12/20/19 | ArchKey_1552396-98 | | |
| 545 | Email 10/09/19 | ArchKey_1552708 | | |
| 546 | Email 1/22/21 | ArchKey_1992782 | | |
| 547 | Email 3/9/9 | ArchKey_1541139-40 | | |
| 548 | Email 1/29/20 | ArchKey_1548794 | | |
| 549 | Email 2/4/20 | ArchKey_1548966-68 | | |
| 550 | Email thread 4/26/19 | ArchKey_1746043-44 | | |
| 551 | Email 1/6/20 | ArchKey_1743237-38 | | |

**APPENDIX A – PLAINTIFF'S EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| 552 | Email 12/4/2019-12/7/19 | ArchKey_1747167-68 | | |
| 553 | Emails 5/20/20 | ArchKey_1650379-81 | | |
| 554 | Emails 4/25/20 | ArchKey_2067755-56 | | |
| 555 | Text 1/15/2020 | ArchKey_1538419-20 | | |
| 556 | Email thread 7/27/19 | ArchKey_1750529-34 | | |
| 557 | Email 4/29/20 | ArchKey_1638201 | | |
| 558 | Email 11/12/20 | ArchKey_1646365-66 | | |
| 559 | Email thread 11/15/20 | ArchKey_1646554-5 | | |
| 560 | Email 6/1/19 | ArchKey_1646684 | | |
| 561 | Email 11/24/20 | ArchKey_1646763 | | |
| 566 | 12/20/19 Email | MONA00006065-67 | | |
| 567 | 12/07/2019 Email | ArchKey_1747167-68 | | |
| 568 | 2/16/2020 Email | ArchKey 1721484-87 | | |
| 569 | 12/31/19 Summary of changes | ArchKey_1990946 | | |
| 570 | 8/11/2020 Email | ArchKey_1746711 | | |
| 571 | Email 9/2/19 | ArchKey_1541568-69 | | |
| 572 | Mona/Clark 5/20/21 | No Bates | | |
| 573 | Engagement Letter | DHGCF_0030342-DHGCF_0030349 | | |
| 574 | Sept. 2018 CIM | DHGCF_0004185 | | |
| 576 | Email thread 2/5/19 | DHG0012601 | | |
| 577 | Email thread 4/3/2019 | DHG0011146 | | |
| 578 | Email thread 4/13/19 | DHG0011459 | | |
| 579 | Email thread 4/21/19 | DHG0011646 | | |
| 580 | Email thread 5/10/19 | DHG0009300-01 | | |

15

APPENDIX A – PLAINTIFF'S EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| 581 | Email thread & attachment 8/8/19 | DHG0009630 | | |
| 582 | Purchase Offer Comparisons | DHG0009104 | | |
| 583 | Email thread 9/4/19 | DHG0009108 | | |
| 584 | Email thread 9/9/19 | OBERON350-51 | | |
| 585 | Email thread 10/26/21 | OBERON363 | | |
| 586 | Emails re Vasari | OBERON192 | | |
| 587 | Email and Conf Order | OBERON184-188 | | |
| 588 | Email Chain | ArchKey_1750529-1750534 | | |
| 589 | Email 01/9/2019 | MONA01541636-MONA01541638 | | |
| 590 | Email 1/09/2019 | MONA01570890-MONA01570892 | | |
| 591 | Email 03/04/2019 | MONA01543059-MONA0143061 | | |
| 592 | Email 03/14/2019 | MONA01827038 | | |
| 593 | Email 06/14/2019 | MONA01553360-MONA01553362 | | |
| 594 | Email 06/17/2019 | MONA01919998-MONA01919999 | | |
| 595 | Email 07/08/2019 | MONA01541639-MONA01541640 | | |
| 596 | Email 07/11/19 | MONA01541625-MONA01541627 | | |
| 597 | Email 07/18/2019 | MONA01543774-MONA01543775 | | |
| 598 | Email 11/05/2019 | MONA01541629 | | |
| 599 | Email 11/27/2019 | MONA01553378-MONA01553382 | | |
| 600 | Email 12/04/2019 | MONA01824542-MONA01824544 | | |
| 601 | Email 12/04/2019 | MONA01873917-MONA01873919 | | |
| 602 | Email 12/05/2019 | MONA01878531 | | |
| 603 | Email 12/19/2019 | MONA01889080-MONA01889081 | | |
| 604 | Email 12/26/2019 | MONA01824551- | | |

**VINCENT P. MONA v. DAVID F. MCKAY, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND (Case No. PJM-21-1017)**

### APPENDIX A – PLAINTIFF'S EXHIBIT LIST

|     |     | MONA01824553 |     |     |
| --- | --- | --- | --- | --- |
| 701 | Emails Sep. 26, 2018 – Sep. 27, 2018 | Mona 1008 |     |     |
| 702 | October 2018 Emails | McKay 000332-333 |     |     |
| 703 | Email thread 2/5/19 | DHG0012601 |     |     |
| 704 | Email thread 4/3/2019 | DHG0011146 |     |     |
| 705 | Email thread 4/13/19 | DHG0011459 |     |     |
| 706 | Email thread 4/21/19 | DHG0011646 |     |     |
| 707 | 5/13/19 LOI | DHG0009947 |     |     |
| 708 | 5/10/2018 Email thread | DHG0009300 |     |     |
| 709 | 5/21/19 Schlaeppi Email to Walker | GardnerBarnes 5 |     |     |
| 710 | 8/30/19 LOI | DHGCF_0030676-682 |     |     |
| 711 | 8/27/19 Emails | DHGCF_0030594-96 |     |     |
| 712 | Proposed Summary of Terms | DHGCF_0030732-37 |     |     |
| 713 | 9/5/19 Emails | DHG0009103 -9107 |     |     |
| 714 | 9/5/19 Emails | DHG0007579-7581 |     |     |
| 715 | Email thread 9/9/19 | OBERON350-351 |     |     |
| 716 | Email thread 7/27/19 | MONA02322652-57 |     |     |
| 717 | 1/7/2020 Email | MONA01824547-48 |     |     |
| 718 | Email thread 7/26/21 through 9/3/21 | McKay 004787 – McKay 004791 |     |     |
| 719 | 10/01/2021 Email | McKay 005136-37 |     |     |
| 720 | Chat log 12/9/2020 | MONA02323923-25 |     |     |

**VINCENT P. MONA v. DAVID F. MCKAY, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND (Case No. PJM-21-1017)**

## APPENDIX A – PLAINTIFF'S EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| 721 | Note to Friends and Teammates | No Bates | | |
| 722 | Text Messages | FREUND 000014-18 | | |
| 723 | 3/4/2020 Email | FREUND 000019-20 | | |
| 724 | Email 5/26/2020 | ArchKey_1729102-03 | | |
| 725 | Email 12/22/2020 | ArchKey_1682933-34 | | |
| 726 | Email 7/26/2020 | ArchKey_1671061-1072 | | |
| 727 | Email 6/17/2020 | ArchKey_1978497-98 | | |