# VINCENT P. MONA v. DAVID F. MCKAY, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND (Case No. PJM-21-1017)

## JOINT EXHIBIT LIST

| Joint Ex # | Description | Document Reference | Id. | Admitted |
|---|---|---|---|---|
| 1 | Email chain dated Oct. 28, 2019 | MONA02321523-MONA02321524 | | |
| 2 | LOI dated May 13, 2019 | MONA02321536-MONA02321541 | | |
| 3 | LOI dated Sept. 6, 2019 | MONA02321542-MONA02321548 | | |
| 4 | Email chain dated May 20, 2020 | MONA02323920-MONA02323922 | | |
| 5 | Non-Binding Letter of Intent – May 6, 2019 | (Oberon Ex 6) | | |
| 6 | Email dated June 5, 2019 | OBERON170-OBERON179 | | |
| 7 | Group Project Spark Memo | OBERON36-OBERON111 | | |
| 8 | Emails Re -LOI Aug. 28, 2019 | OBERON319-OBERON334 | | |
| 9 | Emails Sep. 26, 2018 – Sep. 27, 2018 | MONA00001008-MONA00001011 | | |
| 10 | Emails Re Oberon Identified List of prospective buyers | MCKAY332-MCKAY333 | | |
| 11 | Email Feb. 19, 2020 | ARCHKEY 1538986 | | |
| 12 | Email May 21, 2020 | MONA00001186 | | |
| 13 | Email Feb. 4, 2021 | MCKAY001712 | | |
| 14 | Email Apr. 21, 2020 | MONA00001448 | | |
| 15 | Notes dated Nov. 25th 4:33 pm | MCKAY536-539 | | |
| 16 | Notes dated Feb. 1, 2021 | MCKAY1783-1786 | | |
| 17 | Email Aug. 6, 2020 | MCKAY618 | | |
| 18 | Email chain with LOI, Aug. 29, 2019 through Sept. 9, 2019 | OBERON330-335 | | |
| 19 | Hennick LOI dated May 6, 2019 | McKay Deposition Exhibit 6 | | |

**VINCENT P. MONA v. DAVID F. MCKAY, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND (Case No. PJM-21-1017)**

## JOINT EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| 20 | June 24, 2019 Emails | McKay0597-98 | | |
| 21 | [Intentionally left blank] | | | |
| 22 | Oct. 16, 2019 Email | MONA00008675 | | |
| 23 | Sept. 4, 2019 Email and attachment | DHG0009670 DHG0009671 (Native Excel File) | | |
| 24 | Jan. 24, 2020 Email chain | MONA01970261 | | |
| 25 | Jan. 27, 2020 Email chain | McKay0672 | | |
| 26 | Mar. 9, 2019 Email | McKay0542-43 | | |
| 27 | Sept. 1, 2019 Email chain | MONA02376169-70 | | |
| 28 | Jul. 18, 2019 Email chain | MONA02376111 | | |
| 29 | Sept. 6, 2019 Email | MONA02374220-24 | | |
| 30 | Aug. 19, 2019 DHG purchase offer comparison template | DHG0015623-24 | | |
| 31 | June 19, 2019 Email chain | DHG0008361 | | |
| 32 | Emails re purchase offer comparison | DHG0009103 | | |
| 33 | Dec. 10, 2019 Email | McKay0231-35 McKay MD Exhibit 33 | | |
| 34 | Dec. 20, 2019 -Dec. 21, 2019 Email | MONA02373582-85 | | |
| 35 | Press Release | ArchKey_1714721-22 | | |
| 36 | Confidential Information Memorandum (Sept 2018) | DHGCF_0004185-DHGCF_00042343 | | |
| | | | | |
| | | | | |