## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| VINCENT P. MONA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 21-cv-01017-PJM |
| | ) |
| DAVID F. MCKAY, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT DAVID F. McKAY'S
## MOTION FOR JUDGEMENT AS A MATTER OF LAW

Defendant David F. McKay, by counsel and pursuant to Federal Rule of Civil Procedure 50(a), moves the Court for an order entering judgement in his favor, as a matter of law, on all claims against him. As more fully explained in the accompanying Memorandum of Points and Authorities, Plaintiff failed to present sufficient facts to meet his burden on any of the claims or damages alleged in the Complaint. Therefore, no reasonable jury could find in Plaintiff's favor, requiring the Court to grant this Motion and enter judgment for Mr. McKay, in full.

Respectfully submitted,

DAVID F. MCKAY

By Counsel,

*/s/ J. Peter Glaws, IV*
Paul J. Maloney, 02026
J. Peter Glaws, IV, 19258
CARR MALONEY P.C.
2000 Pennsylvania Avenue, NW, Suite 8001
Washington, D.C. 20006
(202) 310-5500 (Tel.)
(202) 310-5555 (Fax)
paul.maloney@carrmaloney.com
peter.glaws@carrmaloney.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **Motion for Judgment as a Matter of Law** was e-filed and e-served on this 27th day of December, 2023 to:

>Adam S. Taylor (admitted pro hac vice)
>Taylor, McCormack & Frame, LLC
>267 Commercial Street
>Portland, ME 04101
>(207) 828-2005
>ataylor@tmfattorneys.com
>
>Aaron R. Sims (admitted pro hac vice)
>Timothy R. Dudderar (admitted pro hac vice)
>Potter, Anderson & Corroon, LLP
>1313 North Market Street
>Wilmington, DE 19801
>(302) 984-6000
>asims@potteranderson.com
>tdudderar@potteranderson.com
>
>Joshua J. Gayfield (Fed. Bar No. 29189)
>Michael B. Brown (Fed. Bar No. 19641)
>MILES & STOCKBRIDGE P.C.
>100 Light Street
>Baltimore, MD 21202
>(410) 727-6464
>jgayfield@milesstockbridge.com
>mbbrown@milesstockbridge.com

*Counsel for Plaintiff*

>/s/ J. Peter Glaws, IV
>J. Peter Glaws, IV